**EXHIBIT 1**

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

Miercoles — V. oficinas

Pag. Num. 1 de 11

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| # | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jorge Rosales | | ✓ | | | 1040386 | | | 1033118 | 5:31 | 5:43 | | |
| 2 | Roberto Medina | | ✓ | | | 103574 | | | 1033118 | 5:31 | 5:43 | | |
| 3 | Kelvin Rodríguez | | ✓ | | | 102578 | | | 0110170 | 5:30 | 5:47 | | |
| 4 | Joel Maldonado | | ✓ | | | 107432 | | | 0110170 | 5:30 | 5:47 | | |
| 5 | Christian Barrios | | | — | | 107183 | | | 1125555 | 10:33 am | 6:09 am | | LPJ |
| 6 | Hector Colón | | | — | | 107168 | | | 11 | 11 | 11 | | |
| 7 | Adalberto Ortiz | | | — | | 101222 | | | 1600213 | | 6:08 am | | |
| 8 | José Navarro | | | — | | 102700 | | | 1650374 | 6:27 | 4:25 pm | | |
| 9 | Osvaldo Carrasquillo | | | — | | 105359 | | | 1638636 | 12:44 pm | 6:27 | | Facility |
| 10 | Shagail Cordero | | | — | | 106034 | | | 11 | 11 | 11 | | 11 |
| 11 | Raymond López | | | — | | 104990 | | | 11 | 11 | 11 | | 11 |
| 12 | Javier Lebrón | | | — | | 101574 | | | 1650410 | 6:22 | 8:40 pm | | |
| 13 | Alexander Vicent | | | — | | 100284 | | | 1600852 | 9:14 | 6:34 | | |
| 14 | Gilberto Ruiz | | | — | | 100909 | | | 0/310022 | 10:42 | 6:34 | | |
| 15 | Ulices Quiñones | | | — | | 100491 | | | 11 | 11 | 11 | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Manuel Pérez López | Yolanda Serrano Cayas | Amarilis Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY V. oficiales

Pag. Num. 2 de 11

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 | Mes Abril | Año 2024

| | Nombre y apellidos en letra de molde | Firma | Empleado, Visitante o Peatón | | | Número de Licencia de Conducir o Empleado | VEHÍCULO | | | HORA | | Propósito de la visita | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | E | V | P | | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | (Persona a Visitar) | |
| 1 | Ricardo Santiago | | ✓ | | | 103335 | | | 16510387 | 642 | [illegible] | | |
| 2 | Valery Narvaez | | ✓ | | | 105155 | | | 0115395 | 825am | 648 | | |
| 3 | David Mercado | | ✓ | | | 100993 | | | 11 | 11 | 11 | | |
| 4 | Luis Colon | | ✓ | | | 107577 | | | 1638696 | | 720 | | |
| 5 | Joel Flores | | ✓ | | | 100616 | | | 16510268 | 838am | 704 | | Vegetación |
| 6 | Jose Santiago | | ✓ | | | 103549 | | | 1638000 | 839 | 706 | | |
| 7 | Johnny Irisarry | | ✓ | | | 102426 | | | 16510301 | 708 | [illegible] | | |
| 8 | Heiving Diaz | | ✓ | | | 100857 | | | 1600548 | 709 | 851am | | |
| 9 | Johnny Irisarry | | ✓ | | | 102426 | | | 16510301 | | 714 | | |
| 10 | Ana Sanchez | | ✓ | | | 105596 | | | 11 | | 11 | | |
| 11 | Enid Cotto | | ✓ | | | 100784 | | | 11 | | 11 | | |
| 12 | Judibeth Santiago | | ✓ | | | 100782 | | | 11 | | 11 | | |
| 13 | Johanna Calderon | | ✓ | | | 104358 | | | 11 | | 11 | | |
| 14 | Javier Lebron | | ✓ | | | 101574 | | | 16510410 | 923 | 716 | | Cayey Sup |
| 15 | Carlos Rivas | | ✓ | | | 100260 | | | 1651040 | 735 | | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Manuel Pérez López | Yolanda Torres Cayón | Amarilles Díaz Torres |
| Firma del Oficial: [signature] Turno: 6-2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 7-4 |

Ver instrucciones al dorso.

o/c

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY V oficiales Pag. Num. 3 de 11

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Grabiel Machado | | ✓ | | | 101397 | | | 1510450 | 7:39 am | 10:31 am | | |
| 2 | Omar Rivera | | | ✓ | | 103864 | | | 1632490 | 7:23 am | 9:30 am | | Caguas |
| 3 | Kenny Cruz | | | ✓ | | 108144 | | | 1600018 | 7:35 am | 7:55 am | | Ing |
| 4 | Reynaldo Reyes | | | ✓ | | 100552 | | | 1600083 | 8:24 am | 8:[illegible] am | | |
| 5 | Angel Santiago | | ✓ | | | 101185 | | | 0131002[illegible] | 8:38 | 8:45 am | | |
| 6 | Angel Ayala | | ✓ | | | 104534 | | | 11 | 8:38 | 11 | | |
| 7 | Axel Carbajal | | ✓ | | | 100551 | | | 1633358 | 9:23 am | 8:[illegible] am | | |
| 8 | Wilfredo Rosario | | ✓ | | | 102644 | | | 11 | 11 | 11 | | |
| 9 | Edwin Barrow | | ✓ | | | 101038 | | | 1600402 | 8:16 am | | | CA |
| 10 | Javier Hernandez | | ✓ | | | 102898 | | | 1600855 | 2:56 | 8:21 am | | |
| 11 | Derick Santiago | | ✓ | | | 101440 | | | 0156203 | 2:56 | 8:26 am | | |
| 12 | Edgardo Santiago | | ✓ | | | 105257 | | | 1622636 | 2:50 | 8:39 am | | Taller |
| 13 | Kevin Alecea | | | ✓ | | 106665 | | | 0563772 | | 8:34 am | | |
| 14 | Franchesilia Collazo | | | ✓ | | 108618 | | | 11 | 3:18 | 11 | | |
| 15 | Peter Muller | | | | | 100337 | | | 1600893 | 9:35 am | | | |

Nombre del Oficial (en letra de molde): Lianmel Pérez López
Firma del Oficial: [signature] Turno: 6/2

Nombre del Oficial (en letra de molde): Yolanda Torres Cayuela
Firma del Oficial: [signature] Turno: 2pm/10pm

Nombre del Oficial (en letra de molde): Amarilis Rios Torres
Firma del Oficial: [signature] Turno: 10/6

Ver instrucciones al dorso.

ok

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY V-Oficiales Pag. Num. 4 de 11

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| # | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jose Navarro | | / | | | 102700 | | | 1654448 | | 8:35 | | |
| 2 | William Ruiz | | | / | | 109573 | | | 163249 | 8:25 | 8:51 | | |
| 3 | Valeria Narvaez | | | / | | 105755 | | | 0115395 | 2:02 | 8:42 | | |
| 4 | David Mercado | | | / | | 100993 | | | 11 | 2:02 | 11 | | |
| 5 | Josue Ferrer | | | / | | 101459 | | | 0115460 | 3:38 | 8:44 | | |
| 6 | Alexander Rivera | | | / | | 101466 | | | 11 | 3:38 | 11 | | |
| 7 | Norma Coffe | | | / | | 102634 | | | 1017797 | 2:47 | 8:48 | | Sobrevado |
| 8 | José Sanchez | | | / | | 101184 | | | 11 | 2:47 | 11 | | 11 |
| 9 | Luis Flores | | | / | | 101447 | | | 0115393 | 3:19 | 8:53 | | |
| 10 | Francisco Medina | | | / | | 104699 | | | 11 | 3:19 | 11 | | |
| 11 | Marcial Ortiz | | | / | | 100924 | | | 1023120 | 2:48 | 8:55 | | Sobrevado |
| 12 | Juan Perez | | | / | | 101948 | | | 11 | 2:48 | 11 | | 11 |
| 13 | Jose L Rosario | | | / | | 104206 | | | 1654033 | 3:26 | 8:50 | | |
| 14 | Raquel Cardona | | | / | | 109349 | | | 1310032 | | 8:56 | | |
| 15 | Jesus Acosta | | | / | | 100973 | | | 11 | | 11 | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lilanne Pérez López | Yolanda Solís Colón | Amarilles Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

ok

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

V. Oficiales Pag. Num. 5 de 11

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| # | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Luis Rivera | | ✓ | | | 101163 | | | 0115419 | 3:35 | 8:52 | | |
| 2 | Omar Peña | | ✓ | | | 101474 | | | 11 | 3:35 | 11 | | |
| 3 | Nector Martinez | | ✓ | | | 101473 | | | 16510303 | 3:43 | 9:01 am | | |
| 4 | Jose J. Garcia S | | ✓ | | | 101106 | | | 16510626 | | 9:02 am | | |
| 5 | Juan Contrera | | ✓ | | | 102525 | | | 0511055 | 8:39 | 9:02 am | | |
| 6 | Grace Oquendo | | ✓ | | | 105026 | | | 11 | 8:39 | 11 | | |
| 7 | Jonathan Rivera | | ✓ | | | 101470 | | | 0115447 | 3:53 | 9:02 am | | |
| 8 | Francisco Marrero | | | | | 100663 | | | 11 | 3:53 | 11 | | |
| 9 | Miguel Velazquez | | ✓ | | | 102534 | | | 0516382 | | 9:02 | 41622 M | |
| 10 | Carlos Galvez | | ✓ | | | 101910 | | | 11 | | 11 | | |
| 11 | Hector Vazquez | | ✓ | | | 105181 | | | 0210541 | | 9:09 am | | |
| 12 | Carlos Ramos | | ✓ | | | 101622 | | | 16520420 | 10:57 am | 9:00 | | |
| 13 | Pedro Ramos | | ✓ | | | 101007 | | | 11 | 11 | 11 | | |
| 14 | Victor Santiago | | ✓ | | | 100779 | | | 16520458 | 9:12 am | | | Director |
| 15 | Daniel Rodriguez | | ✓ | | | 100662 | | | 0115457 | 7:58 | 9:12 am | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lianiel Pérez López | Yolanda Torres Cruz | Bonilla Pérez Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

dc

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY V. Oficiales

Pag. Num. 6 de 11

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Marcelo Bzuny | | ✓ | | | 104179 | | | 0115457 | | 919 | | |
| 2 | Joel Flores | | ✓ | | | 100616 | | | 16510268 | 12:50 | 919am | | Vegetación |
| 3 | Luis Luyando | | ✓ | | | 102847 | | | 16325833 | 2:48 | 920am | | Soterrado |
| 4 | Efraín Massy | | ✓ | | | 102848 | | | 11 | 2:48 | 11 | | 11 |
| 5 | Edwin Barrón | | | ✓ | | 101028 | | | 16558422 | | 922am | | CN |
| 6 | Angel Matero | | | ✓ | | 103023 | | | 16510333 | 3:53 | 922am | | |
| 7 | Jose Acevedo | | | ✓ | | 104243 | | | 1632811 | 4:08 | 922am | | |
| 8 | Javier Montañez | | | ✓ | | 101148 | | | 11 | 4:08 | 11 | | |
| 9 | Miguel Cariño | | | ✓ | | 102539 | | | 10210539 | 3:18 | 948am | 17611CA | |
| 10 | Juan Ortiz | | | ✓ | | 109570 | | | 11 | 3:18 | 11 | 11 | |
| 11 | Luis Cruz | | | ✓ | | 102863 | | | 11 | 3:18 | 11 | 11 | |
| 12 | Axel Carbajal | | | ✓ | | 102551 | | | 1632258 | 3:53 | 947am | | |
| 13 | Wilfredo Rosario | | | ✓ | | 102699 | | | 11 | 3:53 | 11 | | |
| 14 | Angel Osorio | | | ✓ | | 103540 | | | 05010597 | 10:02am | 956am | | |
| 15 | Henry Diaz | | ✓ | | | 100857 | | | 1600548 | 10:02am | 4:34pm | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lianmee Pérez López | Yolanda Ramos Vargas | Ananilles Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

O/C

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

V. oficiales

Pag. Num. 7 de 11

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 | Mes Abril | Año 2024

| | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Angel Osorio | | ✓ | | | 103540 | | | 05110459 | 11am | 10am | | |
| 2 | Jose Colon | | ✓ | | | 100979 | | | 16570361 | 10am | 115am | | |
| 3 | Alexander Rodriguez | | | ✓ | | 101491 | | | 16510383 | 1023am | 1056am | | |
| 4 | Omar Rivera | | | ✓ | | 102864 | | | 〃 | 〃 | 〃 | | |
| 5 | Antonio Rosso | | | ✓ | | 102593 | | | 16570406 | 1231pm | 1025am | | LW |
| 6 | Jorge Bermudez | | | ✓ | | 104166 | | | 〃 | 〃 | 〃 | | 〃 |
| 7 | Christian Ruiz | | | ✓ | | 101364 | | | 01153413:51 | | 1055am | | |
| 8 | Carlos Gonzalez | | | ✓ | | 101535 | | | 〃 | 3:51 | 〃 | | |
| 9 | Waldemar Soto | | | ✓ | | 102592 | | | 16570380 | 1052am | 1027am | | LW |
| 10 | Gilberto Puig | | | ✓ | | 100909 | | | 09310022 | 1:56 | 1055am | | |
| 11 | Ulices Quiñones | | | ✓ | | 101491 | | | 〃 | 1:56 | 〃 | | |
| 12 | Axel Carbajal | | | ✓ | | 102551 | | | 16008551 | 1052am | 1102am | | |
| 13 | Carlos Ramos | | | ✓ | | 101622 | | | 16570420 | 3:57 | 1100am | | |
| 14 | Pedro Ramos | | | ✓ | | 101007 | | | 〃 | 3:57 | 〃 | | |
| 15 | Waldemar Soto | | | ✓ | | 102592 | | | 16570380 | 2:31 | 1103am | | LW |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lianel Pérez López | Yolanda Salas Cuyar | Amarilis Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

OIC

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

V Oficiales

Pag. Num. 8 de 11

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jorge Berrios | | ✓ | | | 100263 | | | 1600083 | 11:18am | 11:28am | | |
| 2 | John Vega | | ✓ | | | 102576 | | | 1023126 | 11:16am | | | |
| 3 | Guillermo Pagán | | ✓ | | | 104047 | | | " | " | / | | |
| 4 | Cruz Figueroa | | ✓ | | | 101259 | | | 0115453 | 10:55 | 11:18am | | |
| 5 | Jose Ortiz | | ✓ | | | 100889 | | | " | 10:55 | " | | |
| 6 | Guillermo Pagán | | ✓ | | | 104047 | | | 10210544 | | 11:32am | | FIP |
| 7 | John Vega | | ✓ | | | 102576 | | | 1023126 | | 11:32am | | |
| 8 | Jesus Torres | | ✓ | | | 103646 | | | 16510386 | 07:11 | 11:32am | | |
| 9 | Angel Osorio | | ✓ | | | 103540 | | | 1638144 | 8:40 | 11:40am | | |
| 10 | Javier Lebron | | ✓ | | | 101514 | | | 1651040 | 12:33pm | 11:46am | | FIP |
| 11 | Peter Muller | | ✓ | | | 100337 | | | 1600893 | | 11:52am | | |
| 12 | Melwin Diaz | | ✓ | | | 103716 | | | 0116395 | 7:01 | 11:58am | | |
| 13 | Ruxel Cruz | | ✓ | | | 102885 | | | " | 7:01 | " | | |
| 14 | Julio Mendez | | ✓ | | | 103388 | | | 16510395 | 8:19 | 12:03pm | | |
| 15 | Alejandro Vargas FIP | | ✓ | | | 107024 | | | 0516241 | 12:07pm | 12:30pm | (18205-9-A | Arrastre) |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Manuel Pérez López | Yolanda Torres Caglar | Arcadio Pérez Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

OK

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

V oficiales

Pag. Num. 9 de 11

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| | Nombre y apellidos en letra de molde | Firma | Empleado, Visitante o Peatón | | | Número de Licencia de Conducir o Empleado | VEHÍCULO | | | HORA | | Propósito de la visita | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | E | V | P | | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | (Persona a Visitar) | |
| 1 | Roger Sisson | | / | | | 106167 | | | 1142491 | 12:07 pm | 12:29 pm | | FIP |
| 2 | Jeffry Reyes | | / | | | 108193 | | | 1633262 | 12 pm | / | | Facility |
| 3 | Yabel Abreu | | / | | | 106733 | | | " | " | | | " |
| 4 | Francisco Navarro | | / | | | 104105 | | | 1600083 | 12:54 pm | 12:37 pm | | Taller |
| 5 | Carmen Garcias | | / | | | 100765 | | | " | " | " | | " |
| 6 | Luis Jordan | | / | | | 100996 | | | 0115437 | 6:55 | 10 pm | | |
| 7 | Rafael Vargas | | / | | | 101905 | | | " | 6:55 | " | | |
| 8 | Jose Rodriguez | | / | | | 100928 | | | 0115612 | 6:51 | 1:01 pm | | |
| 9 | Joel Flores | | / | | | 100616 | | | 16510268 | 7:31 | 1:51 pm | | |
| 10 | Jose Caldw | | / | | | 100979 | | | 16510361 | 11 pm | 4:08 | | |
| 11 | Jose Rivera | | / | | | 101331 | | | 1600708 | 11 pm | | | |
| 12 | Francisco Navarro | | / | | | 104105 | | | 1612360 | | 12 pm | | |
| 13 | Jorge Berrios | | / | | | 100263 | | | 1600083 | 1:40 pm | 1:27 pm | | |
| 14 | Antonio Ross | | / | | | 102593 | | | 16510406 | 3:18 | 1:30 pm | | |
| 15 | Jorge Bermudez | | / | | | 104166 | | | " | 3:18 | " | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Manuel Pérez López | Yolanda Torres Cayas | Armailles Díaz Torres |
| Firma del Oficial: [signature] Turno: 6-2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY Oficiales

Pag. Num. 10 de 11

Facilidad: Operaciones Caguas Puesto: Portón 3 Fecha: Día 24 Mes Abril Año 2024

| | Nombre y apellidos en letra de molde | Firma | Empleado, Visitante o Peatón | | | Número de Licencia de Conducir o Empleado | VEHÍCULO | | | HORA | | Propósito de la visita | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | E | V | P | | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | (Persona a Visitar) | |
| 1 | José Martínez | | ✓ | | | 101516 | | | 1651028 | 2:20pm | | Dejo vehículo Poner la Cámara 1 GPS | |
| 2 | Axel Figueroa | | ✓ | | | 10 | Jeep | | 16 | | 2:37pm | | |
| 3 | Grace Oquendo | | ✓ | | | 105026 | | | 1210591 | | 3:36 | | |
| 4 | Francheska | | ✓ | | | 108618 | | | 1651045 | | 3:37 | | |
| 5 | Raxel Cruz | | ✓ | | | 100885 | | | 0510150 | | 3:40pm | Arrastre 1826607 | |
| 6 | Kevin Rodríguez | | ✓ | | | 102577 | | | P23126 | 5:32 | | | |
| 7 | Kige González | | ✓ | | | 104086 | | | 1021054 | 5:32pm | 5:40pm | | |
| 8 | Kevin Rodríguez | | ✓ | | | 102577 | | | 1632435 | | 5:40pm | | |
| 9 | Peter Muller | | ✓ | | | 100337 | | | 1600893 | 6:12pm | 5:47pm | | |
| 10 | Peter Muller | | ✓ | | | 100337 | | | 1600893 | | | | |
| 11 | José Vega | | ✓ | | | 107375 | | | 1023120 | 7:24pm | | | |
| 12 | Guillermo Pagan | | ✓ | | | 104047 | | | 1633491 | 7:24pm | 7:34pm | | |
| 13 | William Ruiz | | ✓ | | | 104573 | | | 1633491 | 7:24pm | | | |
| 14 | William Ruiz | | ✓ | | | 104573 | | | 0633169 | | 7:33pm | | |
| 15 | José Vega | | ✓ | | | 107375 | | | 1023120 | | 7:35pm | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lilanrel Pérez López | Olanda Jones Carrasquillo | Armando Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY V. Oficiales Pag. Num. 11 de 11

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| Nombre y apellidos en letra de molde | Firma | Empleado, Visitante o Peatón | | | Número de Licencia de Conducir o Empleado | VEHÍCULO | | | HORA | | Propósito de la visita | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | E | V | P | | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | (Persona a Visitar) | |
| 1 Julio Mendez | | ✓ | | | 1153388 | | | 1651039\5 | 11:40 | 10:05 | On call | |
| 2 Roxel Cruz | | ✓ | | | 1133885 | | | 1651039\5 | 11:40 | 10:05 | On call | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Liannel Perez Lopez | | Amorilles Ortiz Torres |
| Firma del Oficial: [signature] Turno: 6-2 | Firma del Oficial: Turno: | Firma del Oficial: [signature] Turno: 2-14 |

Ver instrucciones al dorso.

LUMA 422-F-002

LUMA

Microbus / Privados

o/c

## REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

Pag. Num. 1 de 14

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 | Mes: Abril | Año: 2024

| | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Héctor Colón | | ✓ | | | 107166 | Nissan | | 7B5519 | 5:09 | 5:07 pm | | |
| 2 | Osvaldo Carrasquillo | | ✓ | | | 105359 | Infinity | | AREI47 | 5:29 | | Facility | |
| 3 | Francisco Navarro | | ✓ | | | 104105 | Peatón | | | 5:36 | 4:09 pm | | |
| 4 | Gilberto Ruiz | | ✓ | | | 100909 | Yaris | | HUV176 | 5:41 | 2:34 pm | | |
| 5 | José Santiago | | ✓ | | | 103574 | Tacoma | | 978837 | 5:47 | 3:43 pm | | |
| 6 | Reynaldo López | | ✓ | | | 107374 | Jeep | | KAC537 | 5:48 | 5:08 pm | | |
| 7 | Raymond López | | ✓ | | | 104940 | Hyundai | | JZH234 | 5:48 | 2:13 pm | | |
| 8 | Cristino Berríos | | | | | 107193 | Tacoma | | N42251 | 5:49 | 5:08 pm | | |
| 9 | Elías Quiñones | | ✓ | | | 101491 | Honda | | 1069074 | 5:53 am | 9:00 pm | | |
| 10 | David Mercado | | ✓ | | | 100993 | Ford | | 178145 | 5:57 am | 2:35 pm | | |
| 11 | Valeria Narváez | | ✓ | | | 105155 | Toy | | KAC621 | 6:00 am | 2:34 pm | | |
| 12 | Carlos Gálvez | | ✓ | | | 101910 | — | | — | 6:04 am | 8:49 pm | | |
| 13 | Ángel Santiago | | ✓ | | | 101185 | Yaris | | FBL353 | 6:06 am | 8:48 pm | | |
| 14 | Adalberto Ortiz | | ✓ | | | 101222 | Ford | | 604751 | 6:08 am | 5:09 pm | | |
| 15 | Jamar Ortiz | | ✓ | | | 109510 | Toy | | 824674 | 6:10 am | 3:11 pm | | |

LPL

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lizmarel Pérez López | Yolanda Torres Cayas | Pimarilles Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

o/c

LUMA 422-F-002

LUMA

# REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

V. Privados

Pag. Num. 2 de 14

| Facilidad | Puesto | Fecha: Día | Mes | Año |
|---|---|---|---|---|
| Operaciones Caguas | Portón 3 | 24 | Abril | 2024 |

| Nombre y apellidos en letra de molde | Firma | Empleado, Visitante o Peatón | | | Número de Licencia de Conducir o Empleado | VEHÍCULO | | | HORA | | Propósito de la visita | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | E | V | P | | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | (Persona a Visitar) | |
| 1 Jose De Jesus | | | / | | 107166 | Ford | | 1184467 | 6:14 am | 12:09 pm | | |
| 2 Shaquel Cordero | | | / | | 106024 | Echo | | 64K651 | 6:13 am | | | |
| 3 Miguel Velazquez | | | / | | 103532 | Toy | | 992-179 | 6:17 am | 8:45 pm | | |
| 4 Edgardo Santiago | | | / | | 105257 | Ford | | 626875 | 6:19 am | 4:03 pm | | |
| 5 Angel Colon | | | / | | 104330 | Nissan | | IQT024 | 6:22 am | 4:00 pm | | |
| 6 Alexander Vicent | | | / | | 100289 | Toy | | HLN560 | 6:23 am | 9:25 am | Recoger V. Oficial | |
| 7 Luis Lugando | | | / | | 102847 | Echo | | HJT659 | 6:25 am | 3:38 pm | | |
| 8 Juan Pelez | | | / | | 101448 | Hondy | | FBW627 | 6:25 am | 3:09 pm | | |
| 9 Ciara Pagan | | | / | | 101264 | Jeep | | KFK009 | 6:28 am | 2:08 pm | | |
| 10 Marcial Ortiz | | | / | | 100424 | Toy | | 847673 | 6:28 am | 3:09 pm | | |
| 11 Reynaldo Reyes | | | / | | 100552 | Toy | | 1099018 | 6:28 am | 4:00 pm | | |
| 12 Alex Pica | | | / | | 100668 | Toy | | IDI504 | 6:30 am | 5:08 pm | | |
| 13 Luis Colon | | | / | | 107517 | Mercedez | | IZN541 | 6:33 am | | | |
| 14 Franchesca Collazo | | | / | | 108618 | Toy | | 1085268 | 6:33 am | 8:48 pm | | |
| 15 Miguel Camino | | | / | | 102539 | — | | — | 6:32 am | 3:10 pm | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lilianne Pérez López | Yolanda Torres Reyes | Amarilles Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 1-6 |

Ver instrucciones al dorso.

olC

LUMA 422-F-002

LUMA

# REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

V. Privados

Pag. Num. 3 de 14

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Norma Cotto | | ✓ | | | 102634 | Dodge | | 714443 | 635 am | 3:38 pm | | |
| 2 | Jesus Acosta | | ✓ | | | 100927 | Toy | | KIN365 | 636 am | 3:40 pm | | |
| 3 | Christobal Rodriguez | | ✓ | | | 109029 | Toy | | FCY775 | 638 | 5:05 pm | | |
| 4 | Jaubeth Santiago | | ✓ | | | 100782 | Mazda | | IWC072 | 638 am | 2:18 pm | | |
| 5 | Grael Oquendo | | ✓ | | | 105026 | Hundai | | JOP676 | 640 am | 8:45 pm | | |
| 6 | Wismirie Colon | | ✓ | | | 103566 | Toy | | KOL875 | 642 am | | | |
| 7 | Francisco Rosado | | ✓ | | | 108835 | Ford | | A47349 | 642 am | 4:08 pm | | |
| 8 | Angel Vigale | | ✓ | | | 108534 | Nissan | | 942646 | 642 am | 3:11 pm | | |
| 9 | Jonathan Carrion | | ✓ | | | 100788 | Ford | | 116731 | 642 am | 5:08 pm | | |
| 10 | Ana Sanchez | | ✓ | | | 105596 | Kia | | IWW59 | 644 am | 2:11 pm | | |
| 11 | Jose L. Menendez | | ✓ | | | 100767 | Nissan | | KCO866 | 645 am | 4:02 pm | | |
| 12 | Efrain Massa | | ✓ | | | 102848 | Toy | | KAX872 | 645 am | 3:40 pm | | |
| 13 | David Colon | | ✓ | | | 109027 | Toy | | 806639 | 647 | 3:00 pm | | |
| 14 | Jose Sanchez | | ✓ | | | 101184 | Toy | | 923717 | 648 | 3:30 pm | | |
| 15 | Jorge Berrios | | ✓ | | | 100263 | BMW | | KMC913 | 648 | 10:54 pm | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Manuel Pérez López | Yolanda Pérez Cayuela | Amarilis Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

OK

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY V. Privados

Pag. Num. 4 de 14

Facilidad: Operaciones Caguas | Puesto: Porton 3 | Fecha: Día 24 | Mes Abril | Año 2024

| | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Angel Osorio | | — | | | 103540 | Ford | | 807934 | 650am | 8:52pm | | |
| 2 | Axel Figueroa | | — | | | 103674 | Toy | | 807762 | 650am | 5:58pm | | |
| 3 | Elisabeth Roman | | — | | | 100790 | Bmw | | IOP505 | 651am | | | |
| 4 | Kenivys Cruz | | — | | | 108144 | Kia | | IOL105 | 651am | 4:34pm | | |
| 5 | Omar Perez | | — | | | 107660 | For | | 1036860 | 651am | 4:07pm | | |
| 6 | Juan Contrera | | — | | | 102525 | Jeep | | IDW962 | 652am | 8:55pm | | |
| 7 | Leslie Andino | | — | | | 104859 | Lexus | | JJU597 | 652am | 4:36pm | | |
| 8 | Derick Santiago | | — | | | 104440 | — | | | 653am | 3:36pm | | |
| 9 | Joseph Paulino | | — | | | 100190 | Hyundai | | GQJ927 | 654am | 2:36pm | | |
| 10 | Javier Hernandez | | — | | | 100898 | Suzuki | | HJN493 | 654am | pm | | |
| 11 | Joel Flores | | — | | | 100616 | Bmw | | IFK894 | 654am | 8:36pm | | |
| 12 | Kevin Alicea | | — | | | 108665 | Ford | | 645865 | 654am | 8:49pm | | |
| 13 | Wilfredo Rosario | | — | | | 100699 | Ford | | 127489 | 654am | 3:37pm | | |
| 14 | Johans Calderon | | — | | | 104328 | Ford | | JLN678 | 654am | 4:00pm | | |
| 15 | Edwin Lalanza | | — | | | 104873 | Honda | | KAV026 | 658am | 154pm | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Manuel Perez Lopez | Yolanda Torres Cuyar | Amarilles Ortiz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

LUMA 422-F-002

**LUMA**

# REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

V Privados

Pag. Num. 5 de 14

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| | Nombre y apellidos en letra de molde | Firma | Empleado, Visitante o Peatón | | | Número de Licencia de Conducir o Empleado | VEHÍCULO | | | HORA | | Propósito de la visita | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | E | V | P | | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | (Persona a Visitar) | |
| 1 | Hector Vazquez | | — | | | 105181 | Yaris | | IOS70 | 655 am | 8:43 pm | | |
| 2 | Rafael Cardona | | — | | | 109349 | Toy | | KHL165 | 656 am | 3:43 pm | | |
| 3 | Antonio Rosa | | — | | | 103593 | Mercede | | IMV760 | 656 am | | | |
| 4 | Pedro Galarza | | — | | | 109873 | Honda | | KAV006 | 150 pm | 657 am | | |
| 5 | Ricardo Rosa | | — | | | 101264 | " | | " | " | " | | |
| 6 | Luis Cruz | | — | | | 102863 | Honda | | JDV408 | 658 am | | | |
| 7 | Hector Martinez | | — | | | 101473 | — | | — | 657 am | 4:36 pm | | |
| 8 | Axel Carbajal | | — | | | 102557 | — | | — | 659 am | | | |
| 9 | Casimir Cordero | | — | | | 105189 | Montero | | DGA790 | 700 am | 4:38 pm | | |
| 10 | Rafael Machin | | — | | | 101335 | Jeep | | INY457 | 700 am | | | |
| 11 | Jose L Lopez | | — | | | 101968 | Yaris | | HIO172 | 700 am | | | |
| 12 | Enid Cotto | | — | | | 100784 | Bmw | | JUG634 | 701 am | 2:11 pm | | |
| 13 | Carmen Garcia | | — | | | 100765 | Yaris | | IBL325 | 702 am | 6:01 pm | | |
| 14 | Daisalz Davila | | — | | | 100776 | Mits | | ISI765 | 702 am | 3:38 pm | | |
| 15 | Joel Rodriguez | | — | | | 108434 | Toy | | 804579 | 702 am | 4:10 pm | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Manuel Pérez López | Yolanda Torres Cayas | Amarilys Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

ok

LUMA 422-F-002

LUMA

# REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

Privados

Pag. Num. 6 de 14

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 | Mes Abril | Año 2024

| | Nombre y apellidos en letra de molde | Firma | Empleado, Visitante o Peatón E | V | P | Número de Licencia de Conducir o Empleado | Vehículo Marca | Año | Núm. de Tablilla o Código | Hora Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Josue Ferrer | | ✓ | | | 101459 | Honda | | HJG428 | 706 | 4:35pm | | |
| 2 | Maria Rivera | | ✓ | | | 101310 | Honda | | KF2089 | 707 am | 3:05pm | | Cuentas |
| 3 | Christian Paz | | ✓ | | | 104364 | Toy | | KGB335 | 712 am | 4:30pm | | |
| 4 | Elisabeth Ramírez | | ✓ | | | 100790 | BMW | | ICP505 | | 715 am | | |
| 5 | Danalie Dávila | | ✓ | | | 100776 | " | | " | | ✓ | | |
| 6 | Frank Rivera | | ✓ | | | 100410 | Jeep | | GXW770 | 715 am | 2:36pm | | |
| 7 | Jorge Torres | | ✓ | | | 109255 | Jeep | | JCV784 | 717 am | | | |
| 8 | Olwin Rivera | | ✓ | | | 101170 | Honda | | FVH530 | 718 | | | Cuentas |
| 9 | Sherly Meléndez | | ✓ | | | 103798 | Toy | | J2V375 | 720 am | 4:30pm | | |
| 10 | Jose Delgado | | ✓ | | | 100934 | Ford | | 1003055 | 722 | 802 | | Ing |
| 11 | Guillermo Martínez | | ✓ | | | 100434 | BMW | | FSH74V | 723 am | 928 am | | |
| 12 | Rene Torres | | ✓ | | | 101072 | Honda | | HCM365 | 724 | | | |
| 13 | Francisco Marrero | | ✓ | | | 100663 | Ford | | 108414 | 724 am | 4:39pm | | |
| 14 | Jonathan Carrión | | ✓ | | | 100718 | — | | — | 724 am | 724 am | | |
| 15 | Jorge Bermúdez | | ✓ | | | 104166 | Ram | | 926334 | 726 am | 4:37pm | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lilianne Pérez López | Yolanda Torres Cuyar | Amarilles Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

ok

LUMA 422-F-002

LUMA

## REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

V Privados

Pag. Num. 7 de 14

| Facilidad | Puesto | Fecha: Día | Mes | Año |
|---|---|---|---|---|
| Operaciones Caguas | [illegible] 3 | 24 | Abril | 2024 |

| | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jose Cabezudo | | ✓ | | | 102554 | Toy | | 1005310 | 727 | 4:29pm | | |
| 2 | Javier Montanez | | ✓ | | | 101148 | Honda | | GTM048 | 730 | 4:34pm | | |
| 3 | Pedro Ramos | | ✓ | | | 101007 | Nissan | | RBU564 | 730 | | | |
| 4 | Francisco Medina | | ✓ | | | 104698 | Honda | | FBI640 | 732 | 4:43pm | | |
| 5 | Angel Mulero | | ✓ | | | 103103 | Honda | | DPX529 | 734 | 4:35pm | | |
| 6 | Jose Acevedo | | ✓ | | | 104293 | Toy | | 1054317 | 734 | 4:49pm | | |
| 7 | Jose De Jesus | | ✓ | | | 108220 | Merdz | | ISQ640 | 734 | 5:05pm | | |
| 8 | Jose L Rosario | | ✓ | | | 104206 | Toy | | EOP878 | 737 | 4:35pm | | |
| 9 | Alexander Rivera | | ✓ | | | 101466 | Honda | | 816937 | 743 | | | |
| 10 | Luis Victoria | | ✓ | | | 101164 | Ram | | 1080303 | 744 | 4:33pm | | |
| 11 | Carlos Ramos | | ✓ | | | 101622 | Honda | | GRW892 | 744 | 4:34pm | | |
| 12 | Marcelo Bizama | | ✓ | | | 104179 | Subaru | | JUH468 | 746 | 6:06pm | | |
| 13 | Jose J Garcias | | ✓ | | | 101106 | Toy | | 843504 | 748 | | | |
| 14 | Roberto Cruz | | ✓ | | | 100983 | Honda | | KDK281 | 749 | 11:05am | 11:38am 12:14pm | Almacen |
| 15 | Jose Acevedo | | ✓ | | | 103205 | Toy | | INK894 | 750 | 9:53 | | Fin |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lismmee Pérez López | Yolanda Torres Reyes | Amarilis Ruiz Torres |
| Firma del Oficial [signature] Turno: 6/2 | Firma del Oficial [signature] Turno: 2pm/10pm | Firma del Oficial [signature] Turno: Noche |

Ver instrucciones al dorso.

ok

LUMA 422-F-002

**LUMA**

## REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

Privados

Pag. Num. 8 de 14

| Facilidad | Puesto | Fecha: Día | Mes | Año |
|---|---|---|---|---|
| Operaciones Caguas | Portón 3 | 24 | Abril | 2024 |

| | Nombre y apellidos en letra de molde | Firma | Empleado, Visitante o Peatón | | | Número de Licencia de Conducir o Empleado | VEHÍCULO | | | HORA | | Propósito de la visita | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | E | V | P | | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | (Persona a Visitar) | |
| 1 | Jonathan Rivera | | ✓ | | | 101470 | Nissan | | JRK242 | 7:51 am | 4:37 pm | | |
| 2 | Carlos Gonzalez | | ✓ | | | 101535 | Toy | | N65732 | 7:51 am | 4:34 pm | | |
| 3 | Luis Rivera | | ✓ | | | 101163 | Ford | | N82697 | 7:52 am | 8:37 pm | | |
| 4 | Luis Flores | | ✓ | | | 101447 | Toy | | FZM761 | 7:52 am | 4:34 pm | | |
| 5 | Julio Ramirez | | ✓ | | | 105841 | Ram | | 1081300 | 7:55 am | 4:33 pm | | |
| 6 | Waldemar Soto | | ✓ | | | 102592 | Toy | | JXP824 | 7:55 | 4:42 pm | | |
| 7 | Jose Rabón | | ✓ | | | 101040 | Jeta | | IYD870 | 7:57 | 9:41 pm | | |
| 8 | Omir Pena | | ✓ | | | 101474 | Hunda | | JAH168 | 7:57 | 8:37 pm | | |
| 9 | Carlos Soto | | ✓ | | | 102569 | Kia | | JUS143 | 7:58 am | 4:37 pm | | |
| 10 | Lismarie Torres | | ✓ | | | 100396 | Jeep | | IML633 | 8:00 am | 4:33 pm | | |
| 11 | Jaime Melendez | | ✓ | | | 104534 | Kia | | JTH272 | 8:01 am | | | Faality |
| 12 | Daniel Rodriguez | | ✓ | | | 100662 | Toy | | 1154688 | 8:02 am | 6:06 pm | | |
| 13 | Jocelyn Mayor | | ✓ | | | 104887 | Infinity | | JAK924 | 8:00 am | 1:15 pm | | Vegetación |
| 14 | Ivarice Lopez | | ✓ | | | 105352 | Ford | | 1146034 | 8:12 am | | | |
| 15 | Eduardo Santiago | | ✓ | | | 1703296 | Ford | | 1132507 | 8:12 am | 8:49 am | (JB) | cuartizo |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lilianne Pelez Lopez | Alejandro Torres Reyes | Amarilis Diaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

dC

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY V. Privados

Pag. Num. 9 de 14

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 | Mes Abril | Año 2024

| | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ishuara Paniagua | | / | | | 103781 | Toy | | JXR861 | 823 | 833 | | |
| 2 | Ishuara Paniagua | | / | | | 103781 | Toy | | JXR861 | 840 | 3:36pm | | |
| 3 | Yaliel Diaz | | / | | | 105750 | Jeep | | KCN123 | 852 | 10:00pm | | |
| 4 | Joel Reyes | | / | | | 105766 | Hiundai | | KA0305 | 900am | 10:00pm | | |
| 5 | Craig Gibson | | / | | | — | Honda | | KBA383 | | | | |
| 6 | Franc Vinson | | / | | | — | " | | " | " | | | |
| 7 | Layshan Nichols | | | / | | 5009713 | Chev. | | 1000222 | 9am | 918 am | Para el Taller | |
| 8 | Yaliel Diaz | | / | | | 105750 | Jeep | | KCN123 | | 912 | | Alg. |
| 9 | Joel Reyes | | / | | | 105766 | " | | " | | " | | " |
| 10 | Jose De Jesus | | / | | | 108220 | Mazda | | JSQ690 | | 914am | | Ing |
| 11 | Jose Rodriguez | | | | | 100938 | Honda | | HJS 096 | 915am | 7:00pm | | |
| 12 | Jose Sanchez | | / | | | 101038 | Jeep | | JTG727 | 916 | 920 am | | |
| 13 | Frankie Lopez | | / | | | 105357 | Ford | | 114034 | | 918 | | |
| 14 | Jose Fuente | | / | | | 103312 | Hunday | | KDR802 | 928 | 1128am | | |
| 15 | Gypsy Cordero | | / | | | 205289 | MCNtero | | DGP790 | 1023am | 932 | | Ing |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Liamuel Pérez [illegible] | Yolanda Torres Cuyto | Amarilles Diaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: N/A |

Ver instrucciones al dorso.

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY Privados

Pag. Num. 10 de 14

Facilidad: Generaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Loyshan Nuchalis | | | ✓ | | 5004713 | Chev | | 1000222 | 9:34 am | 9:40 am | 2da visita | |
| 2 | Jose Ortiz | | ✓ | | | 101884 | Mazda | | 739717 | 9:45 am | 7:08 pm | | |
| 3 | Jon Beers | | ✓ | | | 104803 | Ford | | 1117975 | 9:51 am | 9:55 am | | |
| 4 | Jose Delgado | | ✓ | | | 100934 | Ford | | 1003055 | 9:54 | | | |
| 5 | Luis Piñero | | ✓ | | | 107509 | Ford | | 516906 | 9:57 am | 11:12 am | | Facility |
| 6 | Jose Rosario | | ✓ | | | 107482 | ✓ | | // | // | // | | // |
| 7 | Melvin Diaz | | ✓ | | | 103716 | Toy | | HGM477 | 9:58 am | 7:30 pm | | |
| 8 | Kelvin Torres | | ✓ | | | 109985 | Ford | | 137047 | 10:00 am | 10:52 am | | |
| 9 | Rafael Vargas | | ✓ | | | 101905 | Ram | | 1037073 | 10:07 am | 7:40 pm | | |
| 10 | Cruz Figueroa | | ✓ | | | 100759 | Toy | | 731636 | 10:09 am | 7:09 pm | | |
| 11 | Mirian Fagan | | | ✓ | | C12095 | Mits | | JEF544 | 10:12 am | 11:08 am | | PRIME |
| 12 | Jesus Torres | | ✓ | | | 103696 | Nava | | JCS837 | 10:16 am | 7:24 pm | | |
| 13 | Julio Méndez | | ✓ | | | 103388 | Ford | | 924767 | 10:18 am | 8:44 pm | | |
| 14 | Luis Jordan | | ✓ | | | 101296 | Navara | | JEW922 | 10:20 am | 7:06 pm | | |
| 15 | Rafael Machin | | ✓ | | | 101335 | Jeep | | FNY457 | | 10:23 am | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lilenwel Pérez López | Kelvin Sánchez | Arocilles Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

ok

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY V. Privados

Pag. Num. 11 de 14

Facilidad: Operaciones Caguas | Puesto: Porton 3 | Fecha: Día 24 Mes Abril Año 2024

| | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Olwin Rivera | | ✓ | | | 101170 | Honda | | FVH530 | 12:24 pm | 10:26 am | | |
| 2 | Raxel Cruz | | ✓ | | | 102885 | Mazda | | JGD110 | 6:23 | 8:13 pm | | |
| 3 | Valentin Ortega | Se le dio Id | | ✓ | | 9304 | Ford | | 1184372 | 10:35 am | 10:40 am | Leslie Andino autoriza | |
| 4 | Jose Partido | | ✓ | | | 103230 | Ford | | JYG905 | 10:46 | 11:30 am | | |
| 5 | Alex Perez | | ✓ | | | 100668 | Toy | | IDH504 | 12:27 pm | 11:8 am | | |
| 6 | Angel Colon | | ✓ | | | 104330 | Nissan | | JGI024 | 11:08 | 11:8 am | | |
| 7 | Christobal Rodriguez | | ✓ | | | 109029 | Toy | | FCY775 | 11:23 | 11:02 am | | |
| 8 | David Colon | | ✓ | | | 109027 | Toy | | 806634 | | 11:07 am | | |
| 9 | Luis Victoria | | ✓ | | | 101164 | Bmw | | 1080203 | 12:24 pm | 11:09 am | | |
| 10 | Sixto Cruz | | | ✓ | | — | Toy | | KDP481 | 11 am | 11:30 am | Airborne | |
| 11 | Cristino Barrios | | ✓ | | | 107183 | Toy | | 1142251 | 11:45 am | 11:10 am | | |
| 12 | Maria Pradera | | ✓ | | | 101310 | Hyundai | | KCF2089 | 12:05 pm | 11:12 | | |
| 13 | Jose C Menendez | | ✓ | | | 100767 | Nissan | | KCC0866 | 12:34 pm | 11:29 am | | |
| 14 | Rene Torres | | ✓ | | | 101073 | Honda | | HLM365 | 12:51 pm | 11:29 am | | |
| 15 | Leslies Andino | | ✓ | | | 104259 | Lexus | | IMO597 | 1:23 pm | 11:20 am | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| [illegible] | [illegible] | Amarilles Diaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: N/C |

Ver instrucciones al dorso.

OK

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

Privados

Pag. Num. 12 de 14

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jon Beers | | ✓ | | | 101803 | Ford | | 1117975 | 1222 | 1220 | | |
| 2 | Sherly Melendez | | ✓ | | | 103788 | Toy | | JJV375 | 1234 pm | 1148 | | |
| 3 | Carmen Cardona | | ✓ | | | 105189 | Montero | | AGA790 | | 1146 am | | |
| 4 | José Gimenez | (Entrega para Duval.z) | | ✓ | | 1692804 | Ford | | — | 1150 am | — | NO Procede | |
| 5 | Jose L Lopez | | ✓ | | | 101468 | Yaris | | HIO172 | | 1204 | | |
| 6 | Jose Acevedo | | ✓ | | | 103205 | Toy | | HMC894 | 1218 | 4PM | | |
| 7 | Layshan Richales | | | ✓ | | 5009713 | Chev | | 1006616 | 1220 | 1238 | 3ra visita | |
| 8 | Jose Fuente | | ✓ | | | 103312 | Hiundai | | KDR802 | [illegible] | 1108pm | | |
| 9 | Jorge Torres | | ✓ | | | 109255 | Jeep | | JCU784 | | 1227 | | |
| 10 | Luis Pineiros | | ✓ | | | 107509 | Ford | | JJ6-904 | 1232 | 5:14 PM | | Facility |
| 11 | Jose Rosario | | ✓ | | | 107482 | " | | " | " | | | " |
| 12 | Lismarie Torres | | ✓ | | | 100346 | — | | — | 1242 | 1235 | | |
| 13 | Layshan Richales | | | ✓ | | 5009713 | Chev | | 1006616 | 1237 | 1242 | 4ta visita | |
| 14 | Jose Pardo | | ✓ | | | 103230 | Ford | | JJ6905 | 1246 | 1253 | | |
| 15 | Jose De Jesus | | ✓ | | | 107166 | — | | — | 1246 | 5:05PM | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Luis Manuel Velez Lopez | Yolanda Torres Cuyar | Arcilles Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

OC

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY

Pag. Num. 13 de 14

Facilidad: Generaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| # | Nombre y apellidos en letra de molde | Firma | E | V | P | Número de Licencia de Conducir o Empleado | Marca | Año | Núm. de Tablilla o Código | Entrada | Salida | Propósito de la visita (Persona a Visitar) | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rouse Ayala | | ✓ | | | 101601 | Nissan | | JSL629 | 11:34 | | | |
| 2 | Rouse Ayala | | ✓ | | | 101601 | Nissan | | JSL629 | | 12:30 | | |
| 3 | Jose Rivera | | ✓ | | | 101331 | " | | " | | | | |
| 4 | Jocelyn Mayor | | ✓ | | | 104887 | Infinity | | JAK921 | 13:30 | 05:30pm | | |
| 5 | Jose C. Lopez | | ✓ | | | 101968 | Jarvis | | HIO172 | 13:34 | | | TIP |
| 6 | Guillermo Pagan | | ✓ | | | 100434 | BMW | | FSH741 | 13:34 | | | |
| 7 | Rafael Rivera | | | ✓ | | 103581 | Toy | | 941495 | 13:34 | 2:04pm | Romer Electric (Alex P) | |
| 8 | Miguel Cruz | Se le dio ID | | ✓ | | 1729055 | Honda | | KEI781 | 13:39 | 2:02pm | Sherly Gutierrez | |
| 9 | Carmen A Sanchez | " | | ✓ | | 767135 | " | | " | " | 2:02pm | " | " |
| 10 | Jose De Jesus | | ✓ | | | 108220 | Merced | | JSW040 | 13:34 | 5:05pm | | |
| 11 | Wisimil Colon | | | | | 103566 | Toy | | KDL875 | | 15:34 | | TIP |
| 12 | Hector Rodriguez | | | | ✓ | 6537233 | Grua | | GP3509 | 4:00 | 4:03 | 1600828 Trajo al taller [illegible] | |
| 13 | Josh Burnett | | ✓ | | | 2456730 | | | JXQ459 | 4:00 | 09:40 | Instalación Cámara y GPS | |
| 14 | Jesus Lopez | | ✓ | | | 2456559 | | | JXQ459 | 4:00 | 09:40 | Instalación Cámara y GPS | |
| 15 | Daniel McBride | | ✓ | | | 2453183 | | | JXQ459 | 4:00 | 09:40 | Instalación Cámara y GPS | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lilianne Pérez Cruz | Yolanda Jesús Cajas | Anarilles Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.

LUMA 422-F-002

LUMA

REGISTRO DE ENTRADA Y SALIDA DE VEHÍCULOS, VISITANTES Y ACOMPAÑANTES A LAS FACILIDADES DE LUMA ENERGY V Privados

Pag. Num. 14 de 14

Facilidad: Operaciones Caguas | Puesto: Portón 3 | Fecha: Día 24 Mes Abril Año 2024

| Nombre y apellidos en letra de molde | Firma | Empleado, Visitante o Peatón | | | Número de Licencia de Conducir o Empleado | VEHÍCULO | | | HORA | | Propósito de la visita | Teléfono |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | E | V | P | | Marca | Año | Núm. de Tabilla o Código | Entrada | Salida | (Persona a Visitar) | |
| 1 Javier Lebrón | | ✓ | | | 101514 | Apies | | Apies | 4:25pm | 4:44pm | | |
| 2 Edwin Geigel | | ✓ | | | 108751 | | | CC085 | 4:53 | 5:02pm | Guanta | |
| 3 Oficial Cardona | Airbox | | ✓ | | Airbox Security | | Nissan | IYC003 | 7:13 | 8:10pm | Ronda Airbox | |
| 4 Paramédico Patrona | Puerto Rico Ambu | | ✓ | | F3- | | | HLN-83 | 7:44 | 9:38 | Atendiendo Empleado | |
| 5 Zayas - Paramédico | 836 | | ✓ | | | Motora | | 304964 | 9:19 | 9:30pm | en taller | |
| 6 Ambulancia Rescate | Aguaded R12 | | ✓ | | | | | MU1037 | 9:20 | 9:34 | // | |
| 7 Ambulancia Rescate | Muriel R3 | | ✓ | | | | | MU1034 | 9:20 | 9:34 | // | |
| 8 Ambulancia Medina | Lebrón 1205 | | ✓ | | | | | 372204 | 9:21 | 9:34 | // | |
| 9 Ambulancia Medina | Morales 1 | | ✓ | | | | | 3122CL | 9:21 | 9:34 | | |
| 10 Héctor Ortiz | | V | ✓ | | 102482 | | | HNZ 488 | 9:56pm | 10:5 | (Director Flotas) | |
| 11 Rafael Cruz | | ✓ | | | 102845 | | | 752-956 | 9:52pm | 11:48pm | | |
| 12 Julio Méndez | | ✓ | | | 103388 | | | 894763 | 9:59pm | 11:48pm | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |

| Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) | Nombre del Oficial (en letra de molde) |
|---|---|---|
| Lynnell Páez López | Yolanda Torres Cuyar | Maxilles Díaz Torres |
| Firma del Oficial: [signature] Turno: 6/2 | Firma del Oficial: [signature] Turno: 2pm/10pm | Firma del Oficial: [signature] Turno: 10/6 |

Ver instrucciones al dorso.