**EXHIBIT 2**

PPR-621.4
Rev. 10/2019

Informe de Choque de Tránsito
DESCRIPCIÓN DE HECHOS

FORMA 1 - DESCRIPCIÓN DE HECHOS

USO OFICIAL EXCLUSIVAMENTE

| Núm de Informe | | Área | 6-013 | Querella | 2024:6-013:006336 |
|---|---|---|---|---|---|
| 1 · FECHA | 05/24/2024 | 2 HORA | 21:07:00 | 3. Total de páginas en este informe (Incluyendo anejos) | 7 |

| 4. Número Vehículos de Motor | 2 | 5. Número Peatones | 0 | 6. Número Heridos | 1 | 7. Número Muertos | 0 | 8. Clase de choque | |
|---|---|---|---|---|---|---|---|---|---|

8. Clase de choque: ☐ 0 No hay lesión Aparente  ☒ 1 Lesión no visible  ☐ 2 Lesión leve visible  ☐ 3 Lesión grave visible  ☐ 4 Muerte o Lesión fatal

**9. LOCALIZACIÓN COORDENADAS (GPS LONGITUD)**
X:

**10. LOCALIZACIÓN COORDENADAS (GPS LATITUD)**
Y:

**11. En carretera número (estatal), calle o carretera municipal**
CARR 1 ESQ JOSE MERCADO

**12. km.**

**13. Municipio donde ocurre**
Caguas

**14. Si choque ocurrió en o cerca de intersección, indique nombre**
TALLER OFICINA DE LUMA ENERGY

**15. Si cerca intersección distancia desde intersección**
☐ Pies  ☐ Metros  (Indique sistema de medida)

**16. Distancia Hacia el**  ☐ Norte ☐ Sur  ☐ Este ☐ Oeste

**17. Tipo de colisión**

| | | | |
|---|---|---|---|
| ☐ 0 Sin colisión | ☐ 4 En la misma dir-lateral | ☒ 8 Un vehículo estacionado | ☐ 12 Veh. entrando- entrada priv. |
| ☐ 1 Entrando a inters. en ángulo | ☐ 5 En dir contraria-frontal | ☐ 9 Veh. detenido en pavimento | ☐ 13 Veh. saliendo- entrada priv. |
| ☐ 2 En la misma dir-posterior | ☐ 6 En dir contraria-virando | ☐ 10 Un vehículo estacionándose | |
| ☐ 3 En la misma dir-virando | ☐ 7 En dir contraria-lateral | ☐ 11 Veh. saliendo de estacionar | |

**DAÑOS**

**18. Primer evento relacionado** que causó daño (marca de cotejo, solamente uno)

| Colisión con objeto fijo | | Colisión | Sin colisión | Otros eventos |
|---|---|---|---|---|
| ☐ 43 Motora objeto fijo | ☐ 76 Otro objeto fijo | ☐ 14 Peatón | ☐ 1 Vuelco | ☐ 77 Hoyo |
| ☐ 51 Barrera metal | ☐ 93 Barrera hormigón | ☒ 15 Dos vehículos | ☐ 2 Fuego/Explosión | ☐ 78 Equipo agrícola |
| ☐ 52 Drones | ☐ 94 Atenuador impacto | ☐ 16 Tres + vehículos | ☐ 3 Inmersión (agua) | ☐ 79 Eq. construcción |
| ☐ 53 Postes | ☐ 95 Terminal barrera | ☐ 17 Hit & Run Peatón | ☐ 5 Caída carga | ☐ 90 Reg. alcantarillado |
| ☐ 55 Árbol | ☐ 100 Encintado | ☐ 18 Hit & Run | ☐ 6 Derrame | ☐ 97 Otro con colisión |
| ☐ 56 Boca incendio | ☐ 101 Cuneta | ☐ 30 Veh. estacionado | ☐ 7 Superficie irregular | ☐ 102 Objetos que caen |
| ☐ 57 Buzón correo | | ☐ 40 Ciclista | ☐ 8 Se fue por risco | ☐ 103 Falla mecánica |
| ☐ 59 Rótulo tránsito | | ☐ 41 Hit & Run ciclista | ☐ 9 Derrumbe | ☐ 104 Separación vagón |
| ☐ 63 Talud | | ☐ 42 Motociclista | ☐ 10 Vagón virado | ☐ 105 Se salió de la carr. |
| ☐ 64 Puente | | ☐ 45 Animal (no caballo) | ☐ 11 Vuelco motora | ☐ 106 Cruzó mediana |
| ☐ 71 Edificio | | ☐ 91 Caballo | ☐ 12 Caída persona | ☐ 107 Cuesta sin freno |
| ☐ 72 Verja | | ☐ 92 Veh. todoterreno | ☐ 13 Otro sin colisión | ☐ 108 Golpe de objeto |

| 19. Tipo de zona donde ocurre choque | 20. Choque relacionado zona de construcción de carretera ☐ 1 Sí ☒ 2 No | 21. Lugar de choque relacionado a una zona de construcción de carretera |
|---|---|---|
| ☐ 1 Residencial   ☐ 6 Parque | 22. Trabajadores presentes en Zona de Construcción ☐ 1 Sí ☒ 2 No | ☐ 1 Antes rótulo aviso   ☐ 3 En área de transición de carriles, |
| ☐ 2 Industrial   ☐ 8 Rural | | ☐ 2 Dentro área aviso    desplazamiento de carriles o un |
| ☒ 4 Comercial   ☐ 10 Construcción | 23. Policía en zona construcción de carretera ☐ 1 Sí ☒ 2 No | ☐ 4 En zona de actividad    cierre de carril |
| ☐ 5 Escolar   ☐ 97 Otro tipo de zona | | ☐ 5 Luego de la zona de actividad |

**CHOQUE**

| 24. Visión obstruida por | 25. Lugar de ocurrencia evento relacionado | 26. Visibilidad | 27. Clima | 28. Condición Pavimento | 28 A. Tipo de pavimento |
|---|---|---|---|---|---|
| ☐ 1 Edificios | ☐ 10 En la carretera | ☐ 1 De día | ☐ 1 Neblina | ☒ 1 Seco | ☐ 4 Sin pavimentar |
| ☐ 3 Árboles | ☒ 20 Fuera de carretera | ☐ 2 Amanecer | ☐ 4 Viento fuerte | ☐ 2 Mojado | ☒ 15 Asfalto |
| ☐ 5 Colinas o talud | ☐ 30 Isleta central | ☐ 3 Atardecer | ☒ 5 Claro | ☐ 6 Fango, arena, aceite | ☐ 18 Concreto |
| ☐ 6 Curva en carr. | ☐ 31 En paseo | ☐ 5 Oscuro no alumbrado | ☐ 6 Nublado | | ☐ 10 Ladrillo |
| ☐ 8 Vehículos | ☐ 32 Puente | ☒ 6 Oscuro alumbrado | ☐ 7 Lluvioso | ☐ 10 Agua-flujo, estancada | ☐ 97 Otra condición |
| ☐ 21 Cegado por sol | ☐ 33 Zona confluencia | ☐ 99 Desconocido | ☐ 97 Otro clima | | |
| ☐ 12 Cegado por luces | ☐ 34 Isleta a la derecha | | | ☐ 97 Otra condición | |
| ☐ 20 Condición clima | ☐ 35 Carril/zona estacionar | | | | |
| ☒ 96 No obstruida | ☐ 36 Fuera derecho vía | | | | |
| ☐ 97 Otra obstrucción | ☐ 99 Desconocido | | | | |
| ☐ 99 Desconocido | | | | | |



| 29. Defectos en carretera | | 30. Actualización relacionada a intersección | | 31. Clase de intersección | 32. Carriles opuestos separados por |
|---|---|---|---|---|---|
| ☐ 4 Paseo/cuneta-baja | ☐ 97 Otro defecto | ☒ 0 No en intersección | ☐ 10 Marginal | ☒ 0 No en intersección | ☐ 1 Isleta |
| ☐ 5 Paseo/cuneta-alta | ☒ 98 Ninguno | ☐ 1 Dentro inters. | ☐ 97 Otro relacionado | ☐ 1 Cuatro accesos | ☐ 2 Línea sencilla |
| ☐ 6 Hoyo | ☐ 99 Desconocido | ☐ 2 Relacionado inters | ☐ 99 Desconocido | ☐ 2 Intersección en T | ☐ 3 Línea doble |
| ☐ 7 Condición de la superficie | | ☐ 3 Rampa de expreso | | ☐ 3 Intersección en Y | ☐ 4 Barrera hormigón |
| ☐ 8 Escombros | | ☐ 4 En un acceso | | ☐ 4 Intersección de rampas | ☐ 5 Barrera metal |
| ☐ 10 Const/Mantenimiento | | ☐ 5 En "crossover" | | ☐ 5 Intersección circular | ☐ 7 Verja |
| ☐ 11 Obstrucción en carr. | | ☐ 6 Carril ciclistas | | ☐ 6 Rotonda | ☐ 8 Una sola dirección |
| ☐ 12 Superficie resbaladiza | | ☐ 7 Carril de solo | | ☐ 7 Cinco o más accesos | ☐ 97 Otro tipo de separación de carril |
| ☐ 13 Construcción fuera carr. | | ☐ 8 Carril entre rampa | | ☐ 99 Desconocido | ☐ 99 Desconocido |
| | | | | | ☐ 96 No Aplica |

| PROPIEDAD NO VEHICULAR | 33. Descripción Propiedad no vehicular dañada | | 34. Nombre y Apellidos Dueño | | 35. Nombre Preferido | 36. Dirección/Calle |
|---|---|---|---|---|---|---|
| | 37. Urb./Barrio | 38. Ciudad | | 39. Estado | 40. Código Postal | 41. Teléfono |



**Vehículo 1**

| 100. Vehículo Número | | | | | | | | | | | 101. Abandonó lugar | 102. Inhabilitado Transportado en grúa |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 | ☐ 5 | ☐ 6 | ☐ 7 | ☐ 8 | ☐ 9 | ☐ 10 | | ☐ Sí  ☒ No | ☐ Sí  ☒ No |

| 103. Número Tablilla | 104. Estado | 105. Año | 106. Marca | 107. Modelo | 108. Núm. de ocupantes | 109. Vehículo removido vía pública |
|---|---|---|---|---|---|---|
| H75898 | PR | 2018 | INTERNACIONAL | 7000 7400 | 1 | ☐ Sí  ☒ No |
| | | | 106 A. Número Marbete | 107 A. Fecha expiración | | |
| | | | 37199023 | 11/30/2024 | | |

| 110. Tablilla arrastre | 111. Estado | 112. Año | 113. Número marbete | 114. Fecha expiración | 115. Fecha compra de marbete |
|---|---|---|---|---|---|
| | | | | | |

| 116. Validez de marbete | 117. VIN |
|---|---|
| ☒ 1 Vigente  ☐ 2 Fuera de término | |

**VEHÍCULO/MOTORAS/COMERCIAL**

### 118. Tipo de vehículo (TV)

| | |
|---|---|
| ☐ 1 Auto | ☐ 10 Motocicleta |
| ☐ 2 Camioneta (SUV) | ☐ 11 Bicicleta |
| ☐ 3 "Pick-up" | ☐ 12 Máquina agrícola |
| ☐ 4 Van | ☐ 13 Equipo carretera |
| ☐ 5 Tractor (caculo) | ☐ 14 Arrastre |
| ☒ 6 Camión | ☐ 15 Casa ambulante |
| ☐ 7 Ómnibus | ☐ 16 Jeep |
| ☐ 8 Ómnibus escolar | ☐ 17 Equino |
| ☐ 9 Grúa | |
| ☐ 97 Otro vehículo (especifique) _____ | |

### 119. Defecto mecánico vehículo (DM)

| | |
|---|---|
| ☐ 80 Retrovisores | ☐ 95 Sistema cambios y/o transmisión |
| ☐ 81 Frenos | ☐ 97 Otro defecto |
| ☐ 82 Guía/volante | ☒ 98 Ninguno |
| ☐ 84 Suspensión | |
| ☐ 85 Gomas | |
| ☐ 87 Luces | |
| ☐ 89 Ventanas/Parabrisas | |
| ☐ 90 Cinturones seguridad | |
| ☐ 91 Aros y/o ruedas | |
| ☐ 92 Enganche arrastre | |

### 120. Maniobras vehículo (Conductor)

| | |
|---|---|
| ☐ 0 Seguir derecho | ☐ 81 Retroceder |
| ☐ 23 Estacionarse | ☐ 89 Tomando una curva |
| ☐ 39 Viraje izquierda | ☐ 90 Detenido en carril |
| ☐ 40 Viraje derecha | ☐ 91 Saliendo del carril |
| ☐ 41 Viraje en U | ☐ 92 Entrando al carril |
| ☐ 57 Pasar por izquierda | ☒ 97 Otra maniobra |
| ☐ 58 Pasar por derecha | ☐ 99 Desconocido |
| ☐ 59 Cambio carril izq. | ☐ 96 No Aplica |
| ☐ 60 Cambio carril der. | |
| ☐ 67 Reducir vel.-parar | |

| 121. Vehículo diseñado para 8 ó más (incluyendo conductor) | 122. ¿Rótulo material peligroso? | 123. Peso bruto (GVWR/GCWR) 10,001 lbs. o mayor | 124. Velocidad máxima rotulada | 125. Velocidad estimada vehículo |
|---|---|---|---|---|
| ☐ Sí  ☒ No | ☐ Sí  ☒ No | ☐ Sí  ☒ No | | |

**DAÑOS DE VEHÍCULO/MOTORA/COMERCIAL**

### 126. Evento relacionado de mayor daño para este vehículo (marca de cotejo a solamente uno)

| Colisión con objeto fijo | | Colisión | Sin colisión | Otros eventos |
|---|---|---|---|---|
| ☐ 43 Motora como objeto fijo | | ☐ 14 Peatón | ☐ 1 Vuelco | ☐ 77 Hoyo |
| ☐ 51 Barrera metal | ☐ 76 Otro objeto fijo | ☒ 15 Dos vehículos | ☐ 2 Fuego/Explosión | ☐ 78 Equipo agrícola |
| ☐ 52 Drones | ☐ 93 Barrera hormigón | ☐ 16 Tres + vehículos | ☐ 3 Inmersión (agua) | ☐ 79 Eq. construcción |
| ☐ 53 Postes | ☐ 94 Atenuador impacto | ☐ 17 Hit & Run Peatón | ☐ 5 Caída carga | ☐ 90 Reg. Alcantarillado |
| ☐ 55 Árbol | ☐ 95 Terminal barrera | ☐ 18 Hit & Run | ☐ 6 Derrame | ☐ 97 Otro con colisión |
| ☐ 56 Boca incendio | ☐ 100 Encintado | ☐ 30 Veh. estacionado | ☐ 7 Superficie irregular | ☐ 102 Objetos que caen |
| ☐ 57 Buzón correo | ☐ 101 Cuneta | ☐ 40 Ciclista | ☐ 8 Se fue por risco | ☐ 103 Falla mecánica |
| ☐ 59 Rótulo tránsito | | ☐ 41 Hit & Run ciclista | ☐ 9 Derrumbe | ☐ 104 Separación vagón |
| ☐ 63 Talud | | ☐ 42 Motociclista | ☐ 10 Vagón virado | ☐ 105 Se salió de la carr. |
| ☐ 64 Puente | | ☐ 45 Animal | ☐ 11 Vuelco motora | ☐ 106 Cruzó mediana |
| ☐ 71 Edificio | | ☐ 92 Veh. todoterreno | ☐ 12 Caída persona | ☐ 107 Cuesta sin freno |
| ☐ 72 Verja | | | ☐ 13 Otro sin colisión | ☐ 108 Golpe de objeto |

| 127. Secuencia de eventos relacionados (utilizar códigos del 126) | | 128. Punto de impacto inicial |
|---|---|---|
| Secuencia | Vehículo | |
| Primero | 15 | |
| Segundo | | |
| Tercero | | |
| Cuarto | | |

| | | | |
|---|---|---|---|
| ☐ 8 | ☒ 1 | ☐ 2 | |
| ☐ 7 | ☐ 9 | ☐ 10 | |
| ☐ 6 | ☐ 5 | ☐ 4 | |

### 129. Dirección tránsito (DT) vehicular antes del choque

| | |
|---|---|
| ☐ 1 Hacia el Norte | |
| ☐ 2 Hacia el Sur | |
| ☐ 3 Hacia el Este | |
| ☐ 4 Hacia el Oeste | |
| ☒ 5 Fuera de carretera | |
| ☐ 99 Desconocido | |

### 130. Características Carretera (CC)

| | |
|---|---|
| ☒ 1 Recta-llana | ☐ 7 Curva-cuesta arriba |
| ☐ 2 Recta - cuesta abajo | ☐ 8 Curva-tope colina |
| ☐ 3 Recta - cuesta arriba | ☐ 99 Desconocido |
| ☐ 4 Curva - tope colina | |
| ☐ 5 Curva llana | |
| ☐ 6 Curva - cuesta abajo | |

### 131. Controles de tránsito (CT)

| | |
|---|---|
| ☐ 1 Policía/abanderado | ☐ 10 Zona de No Pasar |
| ☐ 5 Control peatonal | ☐ 97 Otro control |
| ☐ 6 Semáforo | ☐ 99 Desconocido |
| ☐ 7 Semáforo intermitente | |
| ☐ 8 Pare | |
| ☐ 9 Ceda | |

### 132. Control tránsito funciona (CF)

| | |
|---|---|
| ☐ 1 Sí | |
| ☐ 2 No | |
| ☒ 96 No aplica | |



**USO DEL VEHÍCULO**

## 133. Uso del vehículo involucrado en choque

- [ ] 1  Uso personal
- [x] 2  Entrenamiento chofer
- [ ] 3  Construcción
- [ ] 4  Ambulancia/paramédico
- [ ] 5  Militar
- [ ] 6  Transporte pasajero
- [ ] 7  Transporte propiedad
- [ ] 8  Agricultura
- [ ] 10  Policía
- [x] 11  Otro trabajo
- [ ] 12  Combatir fuego
- [ ] 13  Levantamiento/Grúa
- [ ] 20  Vehículo en uso comercial
- [ ] 21  Vehículo gobierno- no comercial
- [ ] 22  Vehículo pesado en uso no comercial
- [ ] 97  Otro uso del vehículo involucrado

## 134. Vehículo de emergencia involucrado en choque ¿Estaba en uso?

- [ ] 1  Sí
- [x] 2  No
- [ ] 99  Desconocido

## 135. Vehículo no autorizado

- [ ] 1  Four track
- [ ] 2  Bicicleta con motor
- [ ] 4  Patineta con motor
- [ ] 97  Otro vehículo
  (especifique) _____

**DUEÑO REGISTRAR**

| 136. Nombre e inicial | 137. Apellidos |
|---|---|
| LUMA ENERGY,CAGUAS | |

138. Dirección y/o calle
CARR 1 ESQ JOSE MERCADO, CAGUAS

**VEHÍCULO/MOTORAS/COMERCIAL**

### Vehículo 2

#### 100. Vehículo Número
- [x] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6 [ ] 7 [ ] 8 [ ] 9 [ ] 10

#### 101. Abandonó lugar
- [ ] Sí [x] No

#### 102. Inhabilitado Transportado en grúa

| 103. Número Tablilla | 104. Estado | 105. Año | 106. Marca | 107. Modelo | 108. Núm. de ocupantes | 109. Vehículo removido vía pública |
|---|---|---|---|---|---|---|
| 770346 | PR | 2004 | CHEV | COLORADO | 0 | [ ] Sí [x] No |
| | | | 106 A. Número Marbete | 107 A. Fecha expiración | | |
| | | | 36809671 | 07/31/2024 | | |

| 110. Tablilla arrastre | 111. Estado | 112. Año | 113. Número marbete | 114. Fecha expiración | 115. Fecha compra de marbete |
|---|---|---|---|---|---|
| | | | | | |

| 116. Validez de marbete | 117. VIN |
|---|---|
| [x] 1 Vigente  [ ] 2 Fuera de término | |

#### 118. Tipo de vehículo (TV)
- [ ] 1 Auto
- [ ] 2 Camioneta (SUV)
- [x] 3 "Pick-up"
- [ ] 4 Van
- [ ] 5 Tractor (caculo)
- [ ] 6 Camión
- [ ] 7 Ómnibus
- [ ] 8 Ómnibus escolar
- [ ] 9 Grúa
- [ ] 97 Otro vehículo    (especifique) _____
- [ ] 10 Motocicleta
- [ ] 11 Bicicleta
- [ ] 12 Máquina agrícola
- [ ] 13 Equipo carretera
- [ ] 14 Arrastre
- [ ] 15 Casa ambulante
- [ ] 16 Jeep
- [ ] 17 Equino

#### 119. Defecto mecánico vehículo  (DM)
- [ ] 80 Retrovisores
- [ ] 81 Frenos
- [ ] 82 Guía/volante
- [ ] 84 Suspensión
- [ ] 85 Gomas
- [ ] 87 Luces
- [ ] 89 Ventanas/Parabrisas
- [ ] 90 Cinturones  seguridad
- [ ] 91 Aros y/o ruedas
- [ ] 92 Enganche arrastre
- [ ] 95 Sistema cambios y/o transmisión
- [ ] 97 Otro defecto
- [x] 98 Ninguno

#### 120. Maniobras vehículo (Conductor)
- [ ] 0  Seguir derecho
- [ ] 23 Estacionarse
- [ ] 39 Viraje izquierda
- [ ] 40 Viraje derecha
- [ ] 41 Viraje en U
- [ ] 57 Pasar por izquierda
- [ ] 58 Pasar por derecha
- [ ] 59 Cambio carril izq.
- [ ] 60 Cambio carril der.
- [ ] 67 Reducir vel.-parar
- [ ] 81 Retroceder
- [ ] 89 Tomando una curva
- [ ] 90 Detenido en carril
- [ ] 91 Saliendo del carril
- [ ] 92 Entrando al carril
- [ ] 97 Otra maniobra
- [ ] 99 Desconocido
- [x] 96 No Aplica

| 121. Vehículo diseñado para 8 ó más (incluyendo conductor) | 122. ¿Rótulo material peligroso? | 123. Peso bruto (GVWR/GCWR) 10,001 lbs. o mayor | 124. Velocidad máxima rotulada | 125. Velocidad estimada vehículo |
|---|---|---|---|---|
| [ ] Sí [x] No | [ ] Sí [x] No | [ ] Sí [x] No | | |



| 126. Evento relacionado de mayor daño para este vehículo (marca de cotejo a solamente uno) | | | | 127. Secuencia de eventos relacionados (utilizar códigos del 126) | | 128. Punto de impacto inicial |
|---|---|---|---|---|---|---|

**DAÑOS DE VEHÍCULO/MOTORA/COMERCIAL**

| Colisión con objeto fijo | | Colisión | Sin colisión | Otros eventos | Secuencia | Vehículo |
|---|---|---|---|---|---|---|
| ☐ 43 Motora como objeto fijo | | ☐ 14 Peatón | ☐ 1 Vuelco | ☐ 77 Hoyo | Primero | 30 |
| ☐ 51 Barrera metal | ☐ 76 Otro objeto fijo | ☐ 15 Dos vehículos | ☐ 2 Fuego/Explosión | ☐ 78 Equipo agrícola | | |
| ☐ 52 Drones | ☐ 93 Barrera hormigón | ☐ 16 Tres + vehículos | ☐ 3 Inmersión (agua) | ☐ 79 Eq. construcción | Segundo | |
| ☐ 53 Postes | ☐ 94 Atenuador impacto | ☐ 17 Hit & Run Peatón | ☐ 5 Caída carga | ☐ 90 Reg. Alcantarillado | | |
| ☐ 55 Árbol | ☐ 95 Terminal barrera | ☐ 18 Hit & Run | ☐ 6 Derrame | ☐ 97 Otro con colisión | | |
| ☐ 56 Boca incendio | ☐ 100 Encintado | ☒ 30 Veh. estacionado | ☐ 7 Superficie irregular | ☐ 102 Objetos que caen | Tercero | |
| ☐ 57 Buzón correo | ☐ 101 Cuneta | ☐ 40 Ciclista | ☐ 8 Se fue por risco | ☐ 103 Falla mecánica | | |
| ☐ 59 Rótulo tránsito | | ☐ 41 Hit & Run ciclista | ☐ 9 Derrumbe | ☐ 104 Separación vagón | | |
| ☐ 63 Talud | | ☐ 42 Motociclista | ☐ 10 Vagón virado | ☐ 105 Se salió de la carr. | Cuarto | |
| ☐ 64 Puente | | ☐ 45 Animal | ☐ 11 Vuelco motora | ☐ 106 Cruzó mediana | | |
| ☐ 71 Edificio | | ☐ 92 Veh. todoterreno | ☐ 12 Caída persona | ☐ 107 Cuesta sin freno | | |
| ☐ 72 Verja | | | ☐ 13 Otro sin colisión | ☐ 108 Golpe de objeto | | |

Punto de impacto inicial:
☐ 8  ☐ 1  ☐ 2
☐ 7  ☐ 9  ☐ 3
☐ 6  ☒ 5  ☐ 4

| 129. Dirección tránsito (DT) vehicular antes del choque | 130. Características Carretera (CC) | | 131. Controles de tránsito (CT) | | 132. Control tránsito funciona (CF) |
|---|---|---|---|---|---|
| ☐ 1 Hacia el Norte | ☒ 1 Recta-llana | ☐ 7 Curva-cuesta arriba | ☐ 1 Policía/abanderado | ☐ 10 Zona de No Pasar | ☐ 1 Sí |
| ☐ 2 Hacia el Sur | ☐ 2 Recta - cuesta abajo | ☐ 8 Curva-tope colina | ☐ 5 Control peatonal | ☐ 97 Otro control | ☐ 2 No |
| ☐ 3 Hacia el Este | ☐ 3 Recta - cuesta arriba | ☐ 99 Desconocido | ☐ 6 Semáforo | ☐ 99 Desconocido | ☒ 96 No aplica |
| ☐ 4 Hacia el Oeste | ☐ 4 Recta - tope colina | | ☐ 7 Semáforo intermitente | | |
| ☒ 5 Fuera de carretera | ☐ 5 Curva llana | | ☐ 8 Pare | | |
| ☐ 99 Desconocido | ☐ 6 Curva-cuesta abajo | | ☐ 9 Ceda | | |

**USO DEL VEHÍCULO**

| 133. Uso del vehículo involucrado en choque | | 134. Vehículo de emergencia involucrado en choque ¿Estaba en uso? | 135. Vehículo no autorizado |
|---|---|---|---|
| ☐ 1 Uso personal | ☐ 10 Policía | ☐ 1 Sí | ☐ 1 Four track |
| ☐ 2 Entrenamiento chofer | ☒ 11 Otro trabajo | ☒ 2 No | ☐ 2 Bicicleta con motor |
| ☐ 3 Construcción | ☐ 12 Combatir fuego | ☐ 99 Desconocido | ☐ 3 Patineta con motor |
| ☐ 4 Ambulancia/paramédico | ☐ 13 Levantamiento/Grúa | | ☐ 97 Otro vehículo |
| ☐ 5 Militar | ☐ 20 Vehículo en uso comercial | | (especifique) _____ |
| ☐ 6 Transporte pasajero | ☐ 21 Vehículo gobierno- no comercial | | |
| ☐ 7 Transporte propiedad | ☐ 22 Vehículo pesado en uso no comercial | | |
| ☐ 8 Agricultura | ☐ 97 Otro uso del vehículo involucrado | | |

**DUEÑO REGISTRAR**

| 136. Nombre e inicial | 137. Apellidos |
|---|---|
| LUMA ENERGY, CAGUAS | |

138. Dirección y/o calle
CARR 1 ESQ JOSE MERCADO, CAGUAS



Rev. 10/2019

PERSONAS

Forma 3 - PERSONA

---

**Persona 1**

| 200. Vehículo número | 201. Persona número |
|---|---|
| ☒ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ N/A | ☐ 1 ☒ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ 13 ☐ 14 ☐ 15 |

| 202. Abandonó lugar | 203. Núm. Licencia | 204. Estado | 205. ¿Es menor el negligente? |
|---|---|---|---|
| ☐ Sí ☒ No | 4964326 | PR | ☐ Sí ☒ No |

205 A. Nombre, inicial y apellidos (Iniciales si es menor)
PETER MULLER LIZANA

205 B. Padre, encargado o tutor del menor (Si aplica)

| 206. Nombre preferido | 207. Edad | 208. Género | 209. Tipo de persona | 210. Conductor |
|---|---|---|---|---|
| | 33 | ☒ M ☐ Desconocido ☐ F | ☒ 1 Conductor ☐ 2 Pasajero ☐ 3 Peatón ☐ 4 Ciclista ☐ 5 Motociclista ☐ 6 Jinete ☐ 97 Otro _____ | ☒ 1 Autorizado ☐ 96 No Aplica ☐ 2 No autorizado |

211. Dirección y/o calle
CALLE VERONA 1624

212. Urb./Bo.
URB FUENTE BELLA

| 213. Ciudad | 214. Estado | 215. Código postal | 216. Teléfono |
|---|---|---|---|
| TOA ALTA | PR | | 7873494736 |

217. Correo electrónico

| 218. Transportado a | 219. Transportado por |
|---|---|
| | ☐ Policía ☐ Ambulancia aérea ☐ Ambulancia terrestre ☐ Otro ☐ Desconocido |

220. Nombre persona transportó

221. Núm. incidente emergencias médicas

222. Núm. NTSP ambulancia (TC-AMB              )

**INFORMACIÓN DEL INVOLUCRADO**

| 223. Categoría licencia | 223 A. Endoso | 224. Condición apreciación (CN) | 225. Tipo de lesión (TL) | 226. Equipo de seguridad en uso (ES) |
|---|---|---|---|---|
| ☐ 1 Aprendizaje ☐ 6 Conductor motocicletas | ☐ 1 Motocicleta | ☐ 1 Normal ☐ 8 Soñoliento | ☒ 0 No hay lesión aparente | ☐ 3 Cinturón falda |
| ☐ 2 Conductor ☐ 96 No Aplica | ☐ 2 Materiales peligrosos | ☐ 2 Fatigado ☐ 10 Condición médica | ☐ 1 Lesión no visible | ☐ 4 Cint. falda hombro |
| ☐ 3 Chofer | ☐ 96 No aplica | ☐ 3 Alcohol ☐ 11 Distraído | ☐ 2 Lesión leve visible | ☐ 29 Asiento protector |
| ☒ 4.1 Vehículo pesado tipo 1 | | ☐ 4 Drogas ☐ 12 Irritado | ☐ 3 Lesión grave visible | ☐ 30 "Booster" |
| ☐ 4.2 Vehículo pesado tipo 2 | | ☐ 5 Conductor inexperto ☐ 97 Otra condición | ☐ 4 Muerte o lesión fatal | ☐ 96 No aplica |
| ☐ 4.3 Vehículo pesado tipo 3 | | ☐ 6 Bajo medicamentos ☒ 99 Desconocido | | ☐ 98 Ninguno en uso |
| ☐ 5 Tractor/remolcador | | | | ☐ 99 Otro equipo |
| | | | | ☒ 99 Desconocido |

| 227. Circunstancias Contribuyentes (CC) | | | 228. Expulsión (EX) |
|---|---|---|---|
| ☐ 1 Abandono lugar choque | ☐ 11 Retroceso indebido | ☐ 26 Vehículo a izquierda | ☐ 71 Desobedecer semáforo | ☐ 2 Completa |
| ☐ 3 No ceder el paso | ☐ 12 Pasar indebidamente | ☐ 27 No obedecer señal | ☐ 72 Viraje brusco, patinó | ☐ 2 Parcial |
| ☐ 4 Caso omiso control Tránsito | ☐ 14 Visión obstruida | ☐ 29 Regateo | ☐ 73 Velocidad insegura | ☐ 4 Atrapado |
| ☐ 5 Sobre límite velocidad | ☐ 15 Conductor fuera de control | ☐ 30 Violación peatón | ☐ 74 Se salió de la carretera | ☒ 96 No aplica |
| ☐ 6 Evitar objeto/persona | ☐ 16 Defecto mecánico | ☐ 31 Peso/ancho/altura vehículo | ☐ 97 Otras circunstancias | ☐ 98 Ninguna |
| ☐ 7 Viraje indebido | ☐ 17 Carretera defectuosa | ☐ 33 Amarre o pérdida de carga | ☐ 98 Ninguno | ☐ 99 Desconocido |
| ☐ 9 No guardar distancia | ☐ 22 Condición conductor | ☐ 70 Conductor agresivo / negligencia temeraria | ☐ 99 Desconocido | |
| ☐ 10 Cambio carril indebido | ☐ 23 Carril contrario | | | |

| 229. Bolsa de aire (BA) | 230. Distraído por uno de lo siguiente | 231. Posición en vehículo (PV) |
|---|---|---|
| ☒ 1 No abrió bolsa ☐ 5 Activado-combo | ☐ 1 No distraído ☐ 5 Distracción fuera vehículo | ☐ 18 Fila del frente - otro ☐ 51 Área cerrada o de carga |
| ☐ 2 Activado - frente ☐ 6 Desactivado | ☐ 2 Celular ☐ 99 Desconocido | ☐ 28 Pasajero adicional 2DA fila ☐ 55 Exterior vehículo |
| ☐ 3 Activado - lado ☐ 96 No aplica | ☐ 3 Equipo electrónico (DVD,GPS) | ☐ 38 Pasajero adicional 3RA fila ☐ 96 No aplica |
| ☐ 4 Activado-otro ☐ 99 Se desconoce | ☐ 4 Otro en vehículo (mascota, etc.) | ☐ 99 Desconocido |

Posición en vehículo diagram:
☐ 31 ☒ 21
☐ 32 ☐ 22    Frente del vehículo
☐ 33 ☐ 23

**ALCOHOL/SUSTANCIAS CONTROLADAS**

| 232. Extracción (EXT) | 233. Prueba alcohol | 234. Análisis alcohol | 235. Resultados de prueba de alcohol | 236. Prueba sustancias controladas | 237. Análisis sustancias controladas | 238. Resultado prueba sustancias controladas |
|---|---|---|---|---|---|---|
| ☒ 0 No aplica | ☐ 1 No se hizo prueba | ☐ 1 Sangre | **Nivel de alcohol** | ☒ 1 No se hizo prueba | ☐ 1 Sangre | ☐ 1 Positivo ☐ 99 Desconocido |
| ☐ 1 Extraído | ☐ 2 Rechazo prueba | ☐ 3 Aliento | 0. 000 % | ☐ 2 Rechazo prueba | ☐ 2 Orina | ☐ 2 Negativo |
| ☐ 99 Desconocido | ☐ 3 Se hizo prueba | ☐ 97 Otros análisis | ☐ 2 Pendiente ☐ 99 Desconocido | ☐ 3 Se hizo prueba | ☒ 96 No aplica | ☐ 3 Pendiente |
| | ☐ 99 Se desconoce | | ☒ 96 No aplica | ☐ 99 Se desconoce | ☐ 97 Otro análisis | ☐ 96 No aplica |

**MOTOCICLISTA**

| 239. Gafas protectoras | 240. Guantes | 241. Calzado hasta los tobillos | 242. Chaleco o dispositivo reflectivo | 243. Pantalones largos | 244. Uso casco motociclista | 245. Amarre casco motociclista |
|---|---|---|---|---|---|---|
| ☐ 1 En uso | ☐ 1 En uso | ☐ 1 En uso | ☐ 1 En uso | ☐ 1 En uso | ☐ 1 Casco DOT ☐ 98 Ninguno | ☐ 1 En uso |
| ☐ 2 No en uso | ☐ 2 No en uso | ☐ 2 No en uso | ☐ 2 No en uso | ☐ 2 No en uso | ☐ 2 Otro Casco (No es DOT) | ☐ 2 No en uso |
| ☒ 96 No aplica | ☒ 96 No aplica | ☒ 96 No aplica | ☒ 96 No aplica | ☒ 96 No aplica | ☒ 96 No aplica | ☒ 96 No aplica |



## PEATÓN / CICLISTA

**246. Lugar de ocurrencia peatón/ciclista**
- [ ] 1 Cruce en intersección
- [ ] 2 Intersección fuera cruce
- [ ] 3 Cruce fuera intersección
- [ ] 4 Cruce escolar
- [ ] 5 Isleta
- [ ] 6 Otro lugar
- [ ] 99 Desconocido

**247. Acción del Peatón**
- [ ] 1 Cruzar intersección- semáforo a favor
- [ ] 2 Cruzar intersección contra semáforo
- [ ] 4 Cruzar fuera de la intersección
- [ ] 8 Parado fuera de la vía de rodaje
- [ ] 10 Cruzar intersección sin semáforo
- [ ] 12 Saliendo detrás de vehículo
- [ ] 20 Caminando con el tránsito
- [ ] 30 Caminando contra el tránsito
- [ ] 52 Bajándose/montándose de/en vehículo
- [ ] 62 Trabajando/empujando vehículo
- [ ] 68 Trabajando en carretera
- [ ] 70 Parado en acera
- [ ] 74 Jugando en carretera
- [ ] 75 Acostado en carretera
- [ ] 76 Enganchando en vehículo
- [ ] 97 Otra acción del peatón

**248. Acción del Ciclista**
- [ ] 10 Cruzando carretera
- [ ] 20 Manejando con el tránsito
- [ ] 30 Manejando contra el tránsito
- [ ] 70 Ciclista parado
- [ ] 97 Otra acción del ciclista

---

### Persona 2

**200. Vehículo número**
[ ] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6 [ ] 7 [ ] 8 [ ] 9 [ ] 10 [X] N/A

**201. Persona número**
[X] 1 [ ] 2 [ ] 3 [ ] 4 [ ] 5 [ ] 6 [ ] 7 [ ] 8 [ ] 9 [ ] 10 [ ] 11 [ ] 12 [ ] 13 [ ] 14 [ ] 15

**202. Abandonó lugar** [ ] Sí [X] No

**203. Núm. Licencia** N/A

**204. Estado** PR

**205. ¿Es menor el negligente?** [ ] Sí [X] No

**205 A. Nombre, inicial y apellidos (Iniciales si es menor)**
DANIEL MCBRIDE

**205 B. Padre, encargado o tutor del menor (Si aplica)**

**206. Nombre preferido**

**207. Edad** 99

**208. Género** [X] M [ ] F [ ] Desconocido

**209. Tipo de persona**
- [ ] 1 Conductor [ ] 2 Pasajero [X] 3 Peatón [ ] 4 Ciclista
- [ ] 5 Motociclista [ ] 6 Jinete [ ] 97 Otro

**210. Conductor**
- [ ] 1 Autorizado [X] 96 No Aplica
- [ ] 2 No autorizado

**211. Dirección y/o calle** 99

**212. Urb./Bo.** 99

**213. Ciudad** JUANA DIAZ

**214. Estado** PR

**215. Código postal**

**216. Teléfono** 6892581929

**217. Correo electrónico**

**218. Transportado a** HOSPITAL INDUSTRIAL CENTRO MENDICO, SAN JUAN

**219. Transportado por** [ ] Policía [ ] Ambulancia aérea [X] Ambulancia terrestre [ ] Otro [ ] Desconocido

**220. Nombre persona transportó** PARAMEDICOS ZAYAS 836/LEBRON 1205

**221. Núm. incidente emergencias médicas**

**222. Núm. NTSP ambulancia (TC-AMB          )**

---

## INFORMACIÓN DEL INVOLUCRADO

**223. Categoría licencia**
- [ ] 1 Aprendizaje
- [ ] 2 Conductor
- [ ] 3 Chofer
- [ ] 4.1 Vehículo pesado tipo 1
- [ ] 4.2 Vehículo pesado tipo 2
- [ ] 4.3 Vehículo pesado tipo 3
- [ ] 5 Tractor/remolcador
- [ ] 6 Conductor motocicletas
- [X] 96 No Aplica

**223 A. Endoso**
- [ ] 1 Motocicleta
- [ ] 2 Materiales peligrosos
- [X] 96 No aplica

**224. Condición apreciación (CN)**
- [ ] 1 Normal
- [ ] 2 Fatigado
- [ ] 3 Alcohol
- [ ] 4 Drogas
- [ ] 5 Conductor inexperto
- [ ] 6 Bajo medicamentos
- [ ] 8 Soñoliento
- [ ] 10 Condición médica
- [ ] 11 Distraído
- [ ] 12 Irritado
- [ ] 97 Otra condición
- [X] 99 Desconocido

**225. Tipo de lesión (TL)**
- [ ] 0 No hay lesión aparente
- [X] 1 Lesión no visible
- [ ] 2 Lesión leve visible
- [ ] 3 Lesión grave visible
- [ ] 4 Muerte o lesión fatal

**226. Equipo de seguridad en uso (ES)**
- [ ] 3 Cinturón falda
- [ ] 4 Cint. falda hombro
- [ ] 29 Asiento protector
- [ ] 30 "Booster"
- [X] 96 No aplica
- [ ] 98 Ninguno en uso
- [ ] 97 Otro equipo
- [ ] 99 Desconocido

**227. Circunstancias Contribuyentes (CC)**
- [ ] 1 Abandono lugar choque
- [ ] 3 No ceder el paso
- [ ] 4 Caso omiso control Tránsito
- [ ] 5 Sobre límite velocidad
- [ ] 6 Evitar objeto/persona
- [ ] 7 Viraje indebido
- [ ] 8 No guardar distancia
- [ ] 10 Cambio carril indebido
- [ ] 11 Retroceso indebido
- [ ] 12 Pasar indebidamente
- [ ] 14 Visión obstruida
- [ ] 15 Conductor fuera de control
- [ ] 16 Defecto mecánico
- [ ] 17 Carretera defectuosa
- [ ] 22 Condición conductor
- [ ] 23 Carril contrario
- [ ] 26 Vehículo a izquierda
- [ ] 27 No obedecer señal
- [ ] 29 Regateo
- [ ] 30 Violación peatón
- [ ] 31 Peso/ancho/altura vehículo
- [ ] 33 Amarre o pérdida de carga
- [ ] 70 Conductor agresivo / negligencia temeraria
- [ ] 71 Desobedecer semáforo
- [ ] 72 Viraje brusco, patinó
- [ ] 73 Velocidad insegura
- [ ] 74 Se salió de la carretera
- [ ] 97 Otras circunstancias
- [ ] 98 Ninguno
- [X] 99 Desconocido

**228. Expulsión (EX)**
- [ ] 2 Completa
- [ ] 3 Parcial
- [ ] 4 Atrapado
- [X] 96 No aplica
- [ ] 98 Ninguna
- [ ] 99 Desconocido

**229. Bolsa de aire (BA)**
- [ ] 1 No abrió bolsa
- [ ] 2 Activado - frente
- [ ] 3 Activado - lado
- [ ] 4 Activado-otro
- [ ] 5 Activado-combo
- [ ] 6 Desactivada
- [X] 96 No aplica
- [ ] 99 Se desconoce

**230. Distraído por uno de lo siguiente**
- [ ] 1 No distraido
- [ ] 2 Celular
- [ ] 3 Equipo electrónico (DVD,GPS)
- [ ] 4 Otro en vehículo (mascota, etc.)
- [ ] 5 Distracción fuera vehículo
- [ ] 96 No aplica
- [ ] 99 Desconoce

**231. Posición en vehículo (PV)**

| | | | Frente vehículo |
|---|---|---|---|
| [ ] 31 | [X] 21 | | |
| [ ] 32 | [ ] 22 | | |
| [ ] 33 | [ ] 23 | | |

- [ ] 18 Fila del frente - otro
- [ ] 28 Pasajero adicional 2DA fila
- [ ] 38 Pasajero adicional 3RA fila
- [ ] 51 Área cerrada o de carga
- [ ] 55 Exterior vehículo
- [X] 96 No aplica
- [ ] 99 Desconocido

---

## ALCOHOL/SUSTANCIAS CONTROLADAS

**232. Extracción (EXT)**
- [X] 0 No aplica
- [ ] 1 Extraído
- [ ] 99 Desconocido

**233. Prueba alcohol**
- [X] 1 No se hizo prueba
- [ ] 2 Rechazo prueba
- [ ] 3 Se hizo prueba
- [ ] 99 Se desconoce

**234. Análisis alcohol**
- [ ] 1 Sangre
- [ ] 3 Aliento
- [ ] 97 Otros análisis

**235. Resultados de prueba de alcohol**
Nivel de alcohol
0. 000 %
- [ ] 2 Pendiente [ ] 99 Desconoce

**236. Prueba sustancias controladas**
- [X] 1 No se hizo prueba
- [ ] 2 Rechazo prueba
- [ ] 3 Se hizo prueba
- [ ] 99 Se desconoce

**237. Análisis sustancias controladas**
- [ ] 1 Sangre
- [ ] 2 Orina
- [X] 96 No aplica
- [ ] 97 Otro análisis

**238. Resultado prueba sustancias controladas**
- [ ] 1 Positivo [ ] 99 Se desconoce
- [ ] 2 Negativo
- [ ] 3 Pendiente
- [X] 96 No aplica

---

## MOTOCICLISTA

**239. Gafas protectoras**
- [ ] 1 En uso
- [ ] 2 No en uso
- [X] 96 No aplica

**240. Guantes**
- [ ] 1 En uso
- [ ] 2 No en uso
- [X] 96 No aplica

**241. Calzado hasta los tobillos**
- [ ] 1 En uso
- [ ] 2 No en uso
- [X] 96 No aplica

**242. Chaleco o dispositivo reflectivo**
- [ ] 1 En uso
- [ ] 2 No en uso
- [X] 96 No aplica

**243. Pantalones largos**
- [ ] 1 En uso
- [ ] 2 No en uso
- [X] 96 No aplica

**244. Uso casco motociclista**
- [ ] 1 Casco DOT [ ] 98 Ningun
- [ ] 2 Otro Casco (No es DOT)
- [X] 96 No aplica

**245. Amarre casco motociclista**
- [ ] 1 En uso
- [ ] 2 No en uso
- [X] 96 No aplica



| | 246.- Lugar de ocurrencia peatón/ciclista | 247.- Acción del Peatón | | 248.- Acción del Ciclista |
|---|---|---|---|---|
| **PEATÓN / CICLISTA** | ☐ 1 Cruce en intersección | ☐ 1 Cruzar intersección- semáforo a favor | ☐ 30 Caminando contra el tránsito | ☐ 10 Cruzando carretera |
| | ☐ 2 Intersección fuera cruce | ☐ 2 Cruzar intersección contra semáforo | ☐ 52 Bajándose/montándose de/en vehículo | ☐ 20 Manejando con el tránsito |
| | ☐ 3 Cruce fuera intersección | ☐ 4 Cruzar fuera de la intersección | ☐ 62 Trabajando/empujando vehículo | ☐ 30 Manejando contra el tránsito |
| | ☐ 4 Cruce escolar | ☐ 8 Parado fuera de la vía de rodaje | ☐ 68 Trabajando en carretera    ☐ 76 Enganchando | ☐ 70 Ciclista parado |
| | ☒ 97 Otro lugar | ☐ 10 Cruzar intersección sin semáforo | ☐ 70 Parado en acera           en vehículo | ☐ 97 Otra acción del ciclista |
| | ☐ 5 Isleta | ☐ 12 Saliendo detrás de vehículo | ☐ 74 Jugando en carretera | |
| | ☐ 99 Desconocido | ☐ 20 Caminando con el tránsito | ☐ 75 Acostado en carretera   ☒ 97 Otra acción del peatón | |



PPR-621
Rev. 10/2019

Informe del Choque de Tránsito

**RELATO DEL CHOQUE**

FORMA 4 - RELATO DEL CHOUE

| 300. Investigación realizada | ☐ 1 En el sitio del choque | ☒ 2 Fuera del sitio del choque | | |
|---|---|---|---|---|
| 301. Hora notificación policía | 13:00:00 | | 302. Hora llegada policía | 13:00:00 |
| 303. Hora notificación Emergencias Médicas | | | 304. Hora llegada Emergencias Médicas | |

| 305. Dirección de los vehículos (código numérico) | Vehículo 1 | Vehículo 2 | Vehículo 3 | Vehículo 4 | Vehículo 5 |
|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 |
| | Vehículo 6 | Vehículo 7 | Vehículo 8 | Vehículo 9 | Vehículo 10 |
| | 0 | 0 | 0 | 0 | 0 |

**306. DIAGRAMA**



TALLER OFICINAS LUMA ENERGY CARR 1 ESQ JOSE MERCADO

| 307. Nombre del Fiscal | 308. Nombre del Agente Servicios Técnicos |
|---|---|

**TESTIGO 1**

| 309. Nombre, inicial y Apellidos | | 310. Nombre Preferido | |
|---|---|---|---|
| 311. Calle/carretera | | 312. Urbanización/barrio | |
| 313. Ciudad | 314. Estado | 315. Código Postal | 316. Teléfono |

| 325. Multas y/o Citación Tribunal | ☐ 1  Sí | ☒ 2  No | ☐ 3  Pendiente | |
|---|---|---|---|---|
| 326. Núm. Multa / Boleto | 327. Artículo | 328. Núm. Multa / Boleto | 329. Artículo | 330. Citación tribunal u otro |
| 331. Núm. Multa / Boleto | 332. Artículo | 333. Núm. Multa / Boleto | 334. Artículo | 335. Citación tribunal u otro |

**AGENTE/POLICÍA**

| 336. Nombre y placa Policía/Agente | 337. Unidad de trabajo | 338. Fecha |
|---|---|---|
| RIVERA 32879 | DTTO CAGUAS | 05/02/2024 05:30:39 |
| 339. Nombre y placa Supervisor | 340. Fecha | |
| MEDINA 8 34469 | 05/02/2024 05:31:23 | |



Policia de Puerto Rico
Rev. 10/2019

**RELATO DEL CHOQUE**

FORMA 4 - NARRATIVO DEL CHOUE

| 341. RELATO DEL CHOQUE Haga un breve resumen de cómo sucedió el choque. Incluya cualquier otra información pertinente al caso. |
| --- |

MIENTRAS EL AUTO 1 SE ENCONTRABA DETENIDO EN EL TALLER DE LAS OFICINAS DE LUMA ENERGY UBICADA EN LA CARR 1 ESQ JOSE MERCADO, BAJO DIRECTRICES DE SU SUPERVOR, ESTE EMPRENDE LA MARCHA E IMPACTA CON LA PARTE FRONTAL LADO DERECHO A LA PARTE LATERAL POSTERIOR LADO DERECHO DEL AUTO 2, EL CUAL SE ENCONTRABA ESTACIONADO, EL CUAL SU VEZ EL AUTO 2 SE ELEVA EN EL AIRE QUEDANDO PILLADO CON LA PUERTA DEL PASAJERO FRONTAL DEL LADO IZQUIERDO EL PEATON DANIEL MCBRIDE DE LA COMPAÑIA ELITE TECNOLOGY INSTALATION, EL CUAL SE ENCONTRABA REALIZADO UNAS INSTALACIONES DE TELEMETRIAS AL AUTO RESULTADO LECCIONADO SE DESCONO GRAVEDAD. AL LUGAR LLEGARON LOS PARAMEDICOS ZAYAS 836 Y LEBRON 1205 DE LA COMPAÑIA MEDINA AMBULANCE QUIENES LOS TRANSPORTARON HASTA EL HOSPITAL INDUSTRIAL EN CENTRO MEDICO EN SAN JUAN.

DAÑOS NO ESTIMADOS.

| 342. Firma Policía / Agente Investigador* | 343. Placa* | 344. Fecha | |
| --- | --- | --- | --- |
| AGTE JORGE RIVERA GONZALEZ | 32879 | 05/02/2024 05:40:38 | |
| 345. Firma Supervisor* | 346. Placa* | 347. Fecha | |
| SGTO JOSE MEDINA PEREZ 8-34469 | 8-34469 | 05/02/2024 06:46:48 | [X] Supervisor No estuvo presente |





