**EXHIBIT 3**



## Incident Report

1. Introduction

- Date of Incident: April 24th, 2024
- Time of Incident: Approximately 9pm local time
- Location: On-site at the shop area designated for vehicle installations, specifically outside the shop bays.

2. Details of Involved Parties

- Injured Employee: Daniel McBride, engaged in an installation task under the dashboard of a vehicle, with his legs outside of the vehicle.
- Witnesses:
    - Joshua Burnett: Provided insights on the pre-incident environment and immediate aftermath but did not see the incident directly due to an obstructed view.
    - Jesus: Positioned at the far end of the shop near the restroom; did not visually witness the incident but heard the impact and Daniel's reaction.

3. Incident Description

- Immediate Context: Daniel was working on installing a Motive camera in a smaller vehicle (Colorado) parked not inside but adjacent to the shop bays in an area with limited space due to several vehicles parked.
- Sequence of Events: While Daniel was working under the dash on his knees, a large truck (International) was being parked in a nearby bay. The truck's passenger side front bumper collided with the Colorado's rear corner, shifting it and impacting Daniel's bent knee.

4. Witness Statements

- Joshua Burnett: Described the setup and the immediate aftermath of the incident. Noted the limited space for maneuvering large vehicles and the unusual

- parking arrangement. He assessed the situation to understand the extent of the injury and determine whether emergency services were necessary.
- Jesus Lopez: Initially froze upon hearing the collision, then approached the scene to assist. He heard the impact and Daniel's reaction, confirming the severity of the situation.
- Daniel McBride: Provided verbal statements but never a written statement. Verbal statement indicated he was working on the Colorado with the door open, kneeling outside of the vehicle. He stated the Colorado was then impacted, shifting the vehicle, slamming the door into his knee.

5. Findings

- Environmental and Operational Conditions: The incident occurred in a congested area where several vehicles were parked close to each other, limiting the space available for maneuvering large vehicles. This setup was a significant factor contributing to the incident.

6. Conclusions

- The primary factor contributing to the incident was the constrained environment in which the vehicle movement took place. The speed of the vehicle movement could have been a factor, but this was postulation from one witness and the tight spacing increased the risk of such an incident.

7. Recommendations

- Immediate: Reassess and enforce stricter guidelines for vehicle movement within the shop areas, especially when installations are in progress.
- Long-term: Conduct regular safety drills and revisits safety protocols with all staff, focusing on emergency response and spatial awareness in congested areas.

8. Appendices (Pictures and witness statements)

- 





- Note the damage to the front bumper of the International



# Full witness statements below from Jesus Lopez and Joshua Burnett

5/1/24, 12:03 PM  Elite Tech Install Mail - Incident injuring Daniel



Michael Fontaine <mfontaine@elitetechinstall.com>

**Incident injuring Daniel**

**Joshua Burnett** <joshua.burnett.sbmobile@gmail.com>  Tue, Apr 30, 2024 at 5:09 PM
To: Michael Fontaine <mfontaine@elitetechinstall.com>
Cc: Jesus Lopez <jesus.lopez.sbmobile@gmail.com>, Don Doral <donzely53@gmail.com>, Allan Shipman <allan.shipman.sbmobile@gmail.com>, Steve B <steve@elitetechinstall.com>

1. **Pre-Incident Context:**
   - What task were you performing at the time of the incident? Installing Motive camera
   - Where exactly were you located in relation to the incident site? Approximately 20 feet away from the incident. On the side of the vehicle that Daniel was located.
   - Did you notice anything unusual about the site conditions before the incident occurred? Very limited space for maneuvering large vehicles due to how many vehicles were in the shop area.
2. **Description of the Incident:**
   - Can you describe what happened during the incident? The vehicle that Daniel was working on was not parked inside of the shop bays but adjacent to them along with several either vehicles parked in the driving area. Site contact, Peter, was moving a large truck (international) into one of the bays near where Daniel was working. He was backing in the truck when the passenger side front bumper of the large truck hit the passenger side rear corner area of the vehicle Daniel was working in. Daniel was positioned on his knee while installing below the steering wheel area. The collision moved the truck that Daniel was working on in a way that put pressure on the bent knee resulting in an immediate reaction from Daniel. He screamed in pain.
   - Where was each person involved positioned at the time of the incident? I was 20 feet away, Jesus was in a far corner of the shop near the restroom. The other site contact was standing near the collision.
   - Did you see how the third-party vehicle came into contact with the vehicle our employee was working on? I only saw the result of the damage on the bumper of the large truck. My view was obstructed by the jeep between me and the incident.
3. **Immediate Reaction:**
   - What was your immediate reaction to the incident? No immediate reaction. I tried to assess the situation to figure out exactly what happened and what the extent of the potential injury could be. Figuring out if we had an emergency situation or not.
   - How did people at the site respond immediately after the incident occurred? No immediate reaponses. Site contacts appeared to be unsure of how to react. Daniel appeared to be in immense pain so the focus was figuring out if paramedics were needed.
   - Were any first aid measures taken? Who administered them? No first aid, no measures taken until paramedics arrived.
4. **Safety Measures:**
   - Were all safety protocols and measures followed by our team? Some safely measure had to be broken for a collision in the shop to happen. Maneuvering large vehicles in tight spaces near workers is not a safe practice.
   - In your opinion, could anything have been done to prevent this incident? Yes, having vehicles parked in an area where maneuvering large vehicles does not put installers at risk.

5/1/24, 12:03 PM                                Elite Tech Install Mail - Incident injuring Daniel

 **Gmail**                                                          Michael Fontaine <mfontaine@elitetechinstall.com>

**Incident injuring Daniel**

**Jesus Lopez** <jesus.lopez.sbmobile@gmail.com>                                     Tue, Apr 30, 2024 at 5:16 PM
To: Joshua Burnett <joshua.burnett.sbmobile@gmail.com>
Cc: Allan Shipman <allan.shipman.sbmobile@gmail.com>, Don Doral <donzely53@gmail.com>, Michael Fontaine <mfontaine@elitetechinstall.com>, Steve B <steve@elitetechinstall.com>

4/24 Caguas

1 Pre-Incident Context

I was finishing and installation on a step side truck (Bread truck). I was at the far end of the shop by the wall and bathrooms . I had completed the install and was about to hop into the next step side truck. All the conditions were normal all vehicles were lined up for us to install.

2 Description of the Incident:

I did not see the accident but I heard it I heard the larger truck slam into the smaller Colorado ( metal banging) then I heard Daniel groan in agony as he had gotten hurt.  Daniel's vehicle was parked in the center on shop as the larger truck was being backed in to be parked . The larger truck hit the rear passenger side while Daniel was working under the dash.

3 Immediate Reaction:

My immediate reaction I froze because I thought Daniel was injured severely.  After I gathered my self I ran over to see what had happened I saw Oscar run over and attend to Daniel. Who was on the ground . Peter and Oscar immediately called the medic who attended Daniel till the ambulance arrived .

4 Safety Measures:

Our team followed all safety measures we were wearing all the proper ppe high vis gear head lamps steal toe boots Daniel even had knee pads ( which the accident smashed and flattened)

In my opinion it was an accident there wasn't any negligence maybe moving the vehicle too fast during the parking.

As far as I can tell there are no reoccurring safety issues onsite

- Investigator's Name: Michael Fontaine
- Date: 5.1.2024