UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **DANIEL M. MCBRIDE**<br><br>Plaintiff<br>v.<br><br><br>Defendants<br><br>LUMA ENERGY, LLC., et. al | Civil No.  24-cv-1554 (MAJ)<br><br>Tort; Damages; Personal Injury;<br>Diversity;<br>Trial by Jury Demanded |

### NOTICE FOR DISMISSAL AND REQUEST FOR ENTRY OF PARTIAL JUDGMENT WITHOUT PREJUDICE AGAINST CODEFENDANT UNIVERSAL INSURANCE COMPANY

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, Daniel McBride, though the undersigned Counsel, and respectfully states and prays:

1. On December 3, 2024, Plaintiff filed a complaint which includes Universal Insurance Company among other defendants.

2. On 01/22/2025, Universal Insurance Co. filed a motion to dismiss (Dkt. 19).

3. Plaintiff, moves the Court to enter a partial final judgment for the dismissal **without prejudice** of this lawsuit against Defendant Universal Insurance Company under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**WHEREFORE**, Plaintiff respectfully requests the Court to enter a partial judgment for the dismissal without prejudice of this lawsuit against Defendant Universal.

1

**RESPECTFULLY SUBMITTED,**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 4th day of February of 2025.

Charles Gomez Law Office, LLC
P.O. Box 1360
Trujillo Alto, P.R. 00977
Tel. (787)-662-0178
Fax. (787)-724-6780

*s/ Francisco Charles Gomez*

USDC-PR-303211
fcharleslaw@gmail.com

2