UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **DANIEL M. MCBRIDE,**<br><br>  Plaintiff,<br><br>v.<br><br>**LUMA ENERGY, LLC, et al.,**<br><br>  Defendants. | Civ. No. 24-01554(MAJ) |

### PARTIAL JUDGMENT

On this same date, Plaintiff filed a Motion Requesting Voluntary Dismissal Without Prejudice against Co-defendant Universal Insurance Company. (**Docket No. 24**). In accordance with the Order entered at Docket No. 25, partial judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in favor of **UNIVERSAL INSURANCE COMPANY** in its entirety, without the imposition of costs and attorneys' fees.

  **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 4th day of February, 2025.

                              **/s/ María Antongiorgi-Jordán**
                              **MARÍA ANTONGIORGI-JORDÁN**
                              **UNITED STATES DISTRICT JUDGE**