UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **DANIEL M. MCBRIDE**<br><br>*Plaintiff,*<br><br>v.<br><br>**LUMA ENERGY, LLC.; et al.**<br><br>*Defendants.* | Case No. 24-1554 (MAJ) |

## PARTIAL JUDGMENT

As per the Opinion and Order entered on this same date at Docket No. 65, partial judgment is entered **DISMISSING** all claims against **CHUBB INSURANCE COMPANY WITH PREJUDICE**, without the imposition of costs and attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of July, 2025.

*/s/ María Antongiorgi-Jordán*
**MARIA ANTONGIORGI-JORDAN**
**UNITED STATES DISTRICT JUDGE**