**Brown-Saenz, Daniel**

| | |
|---|---|
| **From:** | Brown-Saenz, Daniel |
| **Sent:** | Friday, January 16, 2026 11:10 AM |
| **To:** | Francisco Charles |
| **Cc:** | Muniz, Mariana; Mercado, Margarita |
| **Subject:** | Daniel McBride v. LUMA |

Dear Counsel,

As a follow-up to the Plaintiff's deposition held this week, below you will find our requests corresponding to the testimony provided by the Plaintiff:

1. Review and identify tax records to determine if anyone other than Britney Smalls has prepared tax returns for the Plaintiff.
2. Review and identify tax records to determine which, if any, tax returns have been prepared and submitted by Britney Smalls for the Plaintiff.
3. Produce invoices generated by the Plaintiff, paystubs, contracts and communications with contracting companies that would show work from 2022 onwards in records held by the Plaintiff, including his email and physical records of work performed.
4. Review telephone records to determine when the Plaintiff was initially contacted by Don Durell for the work opportunity in Puerto Rico, installing devices in vehicles operated by LUMA.
5. Produce any written contract held between the Plaintiff and SB Mobile for work to be performed in Puerto Rico, installing devices in vehicles operated by LUMA.
6. Review records to determine the name of the Hostel where he stayed on his first night in Puerto Rico and produce any supporting documentation.
7. Review and produce any record relating to the flight taken by the Plaintiff to leave Puerto Rico after the accident alleged in the Complaint, particularly to determine the date in which the Plaintiff left Puerto Rico.
8. Review emails and produce any documentation relating to the potential appeal of the denial of the Worker's Compensation claim no. 20241230040.
9. Review and produce bank records that determine the date in which the Plaintiff returned from Colorado Springs to Arizona after spending time taking care of his mother (a period which began around August of 2024).
10. Review and produce records that show the date in which the Plaintiff lost his health insurance.
11. Review and produce records that show when the Plaintiff moved from Arizona to Texas.
12. Review and produce records that show when the Latonya Lake moved from Arizona to Texas.
13. Review and produce records that show the date in which he returned to work in November or December of 2024.
14. Review and produce all invoices prepared by the Plaintiff for work performed from November 2024 to the present, including work performed for S. Harris, Inc.
15. Review and produce al 1099 forms issued by S. Harris Inc. for the Plaintiff for the years 2022, 2023, 2024 and 2025 (if available).
16. Review and produce all written communications relating to the contracting of his services for Puerto Rico.
17. Review and produce all written contracts and policies with companies for the contracting of his services for Puerto Rico.

1

18. Review and produce all records and information relating to the scheduling of work to be performed in Puerto Rico.

Please produce these documents in the following ten (10) days, in order to determine any need to schedule a further session of the Plaintiff's deposition.

Daniel

## Daniel Brown Sáenz
Associate

---

T   +1 787 945 9134
F   +1 939 731 4012
M  +1 787 645 3547
daniel.brown-saenz@us.dlapiper.com

**DLA Piper (Puerto Rico) LLC**
500 Calle de la Tanca, Suite 401
San Juan, PR  00901-1969



dlapiper.com