## Brown-Saenz, Daniel

| | |
|---|---|
| **From:** | Brown-Saenz, Daniel |
| **Sent:** | Friday, January 16, 2026 11:13 AM |
| **To:** | Francisco Charles |
| **Cc:** | Muniz, Mariana; Mercado, Margarita |
| **Subject:** | Daniel McBride v. LUMA |

Dear Counsel,

During the month of December 2025 you made representations that the Plaintiff had requested from the Internal Revenue Service a copy of his tax returns and tax forms for the past five years. This, in response to the request that the plaintiff produce his tax returns for the stated period. As of this date, we have not received any information relating to such request, nor have we received the requested documentation. We kindly request that you provide us with the copy of the documentation or update us on its status in the next five (5) days.

Daniel

## Daniel Brown Sáenz
Associate

---

T  +1 787 945 9134
F  +1 939 731 4012
M  +1 787 645 3547
daniel.brown-saenz@us.dlapiper.com

**DLA Piper (Puerto Rico) LLC**
500 Calle de la Tanca, Suite 401
San Juan, PR  00901-1969



dlapiper.com

1