**Brown-Saenz, Daniel**

| | |
|---|---|
| **From:** | Francisco Charles <fcharleslaw@gmail.com> |
| **Sent:** | Tuesday, January 27, 2026 2:12 PM |
| **To:** | Brown-Saenz, Daniel |
| **Cc:** | Muniz, Mariana; Mercado, Margarita |
| **Subject:** | Re: Daniel McBride v. LUMA |
| **Attachments:** | Letter 01-27-2026 discovery.pdf |

⚠ EXTERNAL MESSAGE

Dear counsel:

Good afternoon.

Please see attached Plaintiff's letter regarding your request.

Please confirm receipt.

Cordially,

El vie, 23 ene 2026 a las 17:48, Brown-Saenz, Daniel (<Daniel.Brown-Saenz@us.dlapiper.com>) escribió:

> Dear Counsel,
>
>
> We hope this communication finds you well. We have not received any response to the attached communications which were sent last week, all of which include different requests for information and documentation that continue outstanding in the above referenced matter. We kindly ask that you provide responses early next week in order to determine any necessary additional coordination prior to the discovery deadline. If this is not feasible, we are amenable to requesting a joint extension of the deadline to allow the plaintiff to comply with the outstanding discovery requests.
>
>
> Cordially,
>
>
> Daniel

Daniel Brown Sáenz
Associate

| | |
|---|---|
| T  +1 787 945 9134 | **DLA Piper (Puerto Rico) LLC** |
| F  +1 939 731 4012 | 500 Calle de la Tanca, Suite 401 |
| M  +1 787 645 3547 | San Juan, PR  00901-1969 |

daniel.brown-saenz@us.dlapiper.com



dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

--

_____
Francisco L. Charles-Gomez, Esq.
**Charles Gomez Law Office, LLC**
Oficina: (787)-523-5094, Cel. (787)-662-0178
Email: fcharleslaw@gmail.com
P.O. Box 1360,
Trujillo Alto, PR 00977

1216 Broadway
New York, NY, US 10001
(646) 960-7282

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that you are strictly prohibited from printing, storing, disseminating, distributing or copying this communication. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

**CHARLES GOMEZ LAW OFFICE, LLC**
P.O. BOX 1360
TRUJILLO ALTO, P.R. 00977
TEL. (787)-662-0178, FAX. (787)-724-6780
EMAIL: fcharleslaw@gmail.com

From: Francisco L. Charles, Esq.

To: Daniel Brown, Esq.

**VIA EMAIL**

Re: Daniel McBride v. Luma, et. al

Dear counsel:

Reference is made to your email dated January 16, 2025. Please find below plaintiff's position as to each one of your requests.

1. Review and identify tax records to determine if anyone other than Britney Smalls has prepared tax returns for the Plaintiff.

   **The present interrogatory and/or request is objected to on the grounds it is vague, impermissible overbroad and unduly burdensome. Furthermore, the present request is objected to on the grounds that it is made with only the purpose of harassment and seeks information that is not necessary for the case and does not contribute to the resolution of the issues in the lawsuit. Furthermore, Plaintiff objects the instant request as the premise is invalid and lacks particularity of the information requested.**

2. Review and identify tax records to determine which, if any, tax returns have been prepared and submitted by Britney Smalls for the Plaintiff.

   **The present interrogatory and/or request is objected to on the grounds it is vague, impermissible overbroad and unduly burdensome. Furthermore, the information requested is confidential and protected under CPA-client privileged. Furthermore, the present request is objected to on the grounds that it is made with only the purpose of harassment and seeks information that is not necessary for the case and does not contribute to the resolution of the issues in the lawsuit. Furthermore, Plaintiff objects to the instant request as the premise is invalid.**

3. Produce invoices generated by the Plaintiff, paystubs, contracts and communications with contracting companies that would show work from 2022 onwards in records held by the Plaintiff, including his email and physical records of work performed.

   **The present request is objected to on the grounds it is vague, impermissible overbroad and unduly burdensome. Without waiving the objection, please see email sent on 01/27/2025 to your attention which**

**contains the information requested, including the information available to Plaintiff at this time.**

4. Review telephone records to determine when the Plaintiff was initially contacted by Don Durell for the work opportunity in Puerto Rico, installing devices in vehicles operated by LUMA.

   **The present request is objected to on the grounds it is vague, impermissible overbroad and unduly burdensome. Furthermore, the present request is objected to on the grounds that it is made with only the purpose of harassment and seeks information that is not necessary for the case and does not contribute to the resolution of the issues in the lawsuit. Without waiving the objection Plaintiff does not has the telephone records available.**

5. Produce any written contract held between the Plaintiff and SB Mobile for work to be performed in Puerto Rico, installing devices in vehicles operated by LUMA.

   **The present request is objected to on the grounds it is vague, impermissible overbroad and unduly burdensome. Furthermore, the instant request is objected on the grounds that it is made with only the purpose of harassment and seeks information that Luma owns and/or control and/or already has in her possession. Additionally, the present request is objected on the grounds that is not necessary for the case and does not contribute to the resolution of the issues in the lawsuit. Without waiving the objection, Plaintiff has already produced the documents in his possession.**

6. Review records to determine the name of the Hostel where he stayed on his first night in Puerto Rico and produce any supporting documentation.

   **The present request is objected to on the grounds it is vague, impermissible overbroad and unduly burdensome. Furthermore, the instant request is objected on the grounds that it is made with only the purpose of harassment and seeks information that is not necessary for the case and does not contribute to the resolution of the issues in the lawsuit. Furthermore, Defendant may obtain the information through her own means.**

7. Review and produce any record relating to the flight taken by the Plaintiff to leave Puerto Rico after the accident alleged in the Complaint, particularly to determine the date in which the Plaintiff left Puerto Rico.

   **The present request is objected to on the grounds it is vague, impermissible overbroad. Without waiving the objection, at this time Plaintiff does not has the document, once became available it would be produced.**

8. Review emails and produce any documentation relating to the potential appeal of the denial of the Worker's Compensation claim no. 20241230040.

**The present request is objected to on the grounds it is vague, impermissible overbroad and unduly burdensome. Furthermore, the document requested has been already provided to defendant.**

9. Review and produce bank records that determine the date in which the Plaintiff returned from Colorado Springs to Arizona after spending time taking care of his mother (a period which began around August of 2024).

**The present interrogatory and/or request is objected to on the grounds it is vague, impermissible overbroad. Without waiving the objection, at this time Plaintiff does not have the document, once became available it would be produced.**

10. Review and produce records that show the date in which the Plaintiff lost his health insurance.

**The present request is objected to on the grounds it is vague, impermissible overbroad. Furthermore, the instant request is objected on the grounds that it is made with only the purpose of harassment and seeks information that is not necessary for the case and does not contribute to the resolution of the issues in the lawsuit. Furthermore, Defendant may obtain the information through her own means as Plaintiff has already informed that the health insurance he used was through her fiancé which information, including a copy of the health plan was already provided to defendant.**

11. Review and produce records that show when the Plaintiff moved from Arizona to Texas.

**The present request is objected to on the grounds it is vague, impermissible overbroad. Furthermore, the instant request is objected on the grounds that it is made with only the purpose of harassment and seeks information that is not necessary for the case and does not contribute to the resolution of the issues in the lawsuit. Without waiving the objection Plaintiff has already produced documents regarding leasing contracts.**

12. Review and produce records that show when the Latonya Lake moved from Arizona to Texas.

**The present request is objected to on the grounds it is vague, impermissible overbroad. Furthermore, the instant request is objected on the grounds that it is made with only the purpose of harassment and seeks information that is not necessary for the case and does not contribute to the resolution of the issues in the lawsuit. Furthermore, the instant request is objected on the grounds it's request information from a party that has not been named as a party in the instant case. Thus, defendant may proceed with subpoenas and/or other means to obtain what is being requesting.**

13. Review and produce records that show the date in which he returned to work in November or December of 2024.

    **The present request is objected to on the grounds it is unintelligible, vague, and impermissible overbroad.**

    **Without waiving the objection please see email sent on January 27, 2026.**

14. Review and produce all invoices prepared by the Plaintiff for work performed from November 2024 to the present, including work performed for S. Harris, Inc.

    **The information is not available at this time.**

15. Review and produce al 1099 forms issued by S. Harris Inc. for the Plaintiff for the years 2022, 2023, 2024 and 2025 (if available).

    **The information is not available at this time.**

16. Review and produce all written communications relating to the contracting of his services for Puerto Rico.

    **The present request is objected to on the grounds it is vague, impermissible overbroad and unduly burdensome. Without waiving the objection Plaintiff has already produced the documents in his possession.**

17. Review and produce all written contracts and policies with companies for the contracting of his services for Puerto Rico.

    **The present request is objected to on the grounds it is vague, impermissible overbroad and unduly burdensome. Furthermore, the present request is objected on the grounds that it is repetitive, without waiving the objection please see answer to request number 5.**

18. Review and produce all records and information relating to the scheduling of work to be performed in Puerto Rico.

    **The present request is objected to on the grounds it is vague, impermissible overbroad and unduly burdensome. Furthermore, the present request is objected on the grounds that it is repetitive, without waiving the objection please see answer to request number 5.**

    **This communication is made with full reservation of rights and shall not be construed as a waiver of any objection or rights regarding Plaintiff's objections of the requests propounded by defendants.**

Cordially,

/s/ **Francisco L. Charles, Esq.**
Francisco L. Charles,

4