**Brown-Saenz, Daniel**

| | |
|---|---|
| **From:** | Brown-Saenz, Daniel |
| **Sent:** | Tuesday, January 27, 2026 2:55 PM |
| **To:** | 'Francisco Charles' |
| **Cc:** | Muniz, Mariana; Mercado, Margarita |
| **Subject:** | RE: Daniel McBride v. LUMA |

Dear counsel,

This letter in its entirety, as well as your position, is unreasonable and unnecessary at this stage of proceedings. You are well aware of the context of each and every request, as they all stem from your client's failure to respond to questions made during your client's deposition as to matters which are squarely within the bounds of discovery **and relevant to the claims made by your client**. As such, your objections to the requested documentation are meritless. If the plaintiff does not provide the documentation requested **in its entirety** on or before end of business tomorrow January 28, 2026, we will request the Court's intervention on this matter. In that case, and since it is a renewed attempt to obstruct discovery, we will unequivocally request that the Court dismiss your client's claims with prejudice.

Daniel

**From:** Francisco Charles <fcharleslaw@gmail.com>
**Sent:** Tuesday, January 27, 2026 2:12 PM
**To:** Brown-Saenz, Daniel <Daniel.Brown-Saenz@us.dlapiper.com>
**Cc:** Muniz, Mariana <mariana.muniz@us.dlapiper.com>; Mercado, Margarita <Margarita.Mercado@us.dlapiper.com>
**Subject:** Re: Daniel McBride v. LUMA

⚠ EXTERNAL MESSAGE

Dear counsel:

Good afternoon.

Please see attached Plaintiff's letter regarding your request.

Please confirm receipt.

Cordially,

El vie, 23 ene 2026 a las 17:48, Brown-Saenz, Daniel (<Daniel.Brown-Saenz@us.dlapiper.com>) escribió:

1

Dear Counsel,

We hope this communication finds you well. We have not received any response to the attached communications which were sent last week, all of which include different requests for information and documentation that continue outstanding in the above referenced matter. We kindly ask that you provide responses early next week in order to determine any necessary additional coordination prior to the discovery deadline. If this is not feasible, we are amenable to requesting a joint extension of the deadline to allow the plaintiff to comply with the outstanding discovery requests.

Cordially,

Daniel

## Daniel Brown Sáenz
Associate

| | |
|---|---|
| T  +1 787 945 9134 | **DLA Piper (Puerto Rico) LLC** |
| F  +1 939 731 4012 | 500 Calle de la Tanca, Suite 401 |
| M  +1 787 645 3547 | San Juan, PR  00901-1969 |
| daniel.brown-saenz@us.dlapiper.com | |



dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

--

_____
Francisco L. Charles-Gomez, Esq.
**Charles Gomez Law Office, LLC**
Oficina: (787)-523-5094, Cel. (787)-662-0178
Email: fcharleslaw@gmail.com

P.O. Box 1360,
Trujillo Alto, PR 00977

1216 Broadway
New York, NY, US 10001
(646) 960-7282

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that you are strictly prohibited from printing, storing, disseminating, distributing or copying this communication. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.