# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| Daniel McBride,<br>Plaintiff,<br><br>v.<br><br>Luma Energy LLC, et al.,<br>Defendants. | Civil No. 24-1554 (MAJ) |

## MINUTES

A settlement conference was held today February 18, 2026, before U.S. Magistrate Judge Giselle López-Soler beginning at 10:00 a.m. and concluding at 12:10 p.m. The parties were represented by their respective counsel: for Plaintiff, Francisco Charles-Gómez, and for Defendants, Daniel Brown-Saenz and Mariana Muñiz-Lara. A representative for Defendants was in attendance. Plaintiff was available by telephone.

The parties discussed settlement but remained apart. While the Court is of the opinion that the matter is ripe for resolution through settlement, Defendants did not counter to Plaintiff's settlement demand. As such, the case is referred to the presiding District Judge for further proceedings.

On the matter of the discovery dispute, the motion at Docket No. 121 was **GRANTED**. The Court ordered Plaintiff to file an opposition to Defendants' emergency motion at Docket No. 116 by **March 4, 2026**. The undersigned will rule on the motion at Docket No. 116 in due course.

Defendants will move the Court to hold in abeyance the deadline to file dispositive motions pending resolution of the discovery dispute.

**IT IS SO ORDERED.**
In San Juan, Puerto Rico, this 18th day of February 2026.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge