EXHIBIT 1

 Gmail

**Francisco Charles <fcharleslaw@gmail.com>**

---

## Behavior of the defendant counsel.

---

**Daniel Mcbride** <mcbrided548@gmail.com>                      27 de noviembre de 2025 a las 15:10
Para: Francisco Charles <fcharleslaw@gmail.com>

Good afternoon all

To Whom It May Concern,

I am writing to everyone in a position to read this, to listen, and to objectively consider the way in which this process became wholly unprofessional on the part of an individual who was supposed to be a professional attorney.

During the hearing, I was not questioned respectfully or fairly—I was strategically attacked. I was belittled, called names, laughed at, yelled at, and spoken to in a degrading manner. To say I was slandered is an understatement. I was even accused of using drugs, despite the fact that I was clearly and concisely communicating everything I was trying to convey.

Counsel for LUMA appears to have an issue with the fact that I refuse to be forced, cornered, or bullied into providing information that I cannot say, with 100% certainty, is factual and true. To answer questions when I do not have the documentation in front of me would require me to speculate or risk lying while under oath—and I will not do that.

It was explained to me that I could not have papers or any reference materials with me during the hearing. If that is the rule, then I cannot be expected to answer detailed questions that require documentation I am not allowed to have. I respectfully state that I will not be subjected to bullying, discrimination, or any other form of disrespect in this or any other legal proceeding.

I was not spoken to as a victim in this matter, but rather as though I were a criminal on trial. That is not the case here. I am the victim of this incident, and that should have been kept in mind at all times by LUMA's counsel.

First and foremost, I want it on record that I take full accountability and responsibility for all of my past indiscretions and mistakes as a younger man. I have already been held accountable for those actions. Since that time, I have successfully reintegrated into society. I became a Class A CDL driver and have held that position for many years. I owned and operated my own truck and trucking company. I have trained and influenced many others to become CDL-A drivers or to serve as support personnel in the transportation and logistics industry.

My other chosen profession is Telematics Integration and installation. Through this work, I have been able to positively affect households and families across the nation while actively contributing to the fight against recidivism—a battle that has been personal and persistent for me my entire life.

The way LUMA's representative attacked and questioned me was clearly designed to control the narrative rather than uncover the truth. As a result, we were not able to address the serious, central issues of this case:

    1. My Employment Status & Coverage

I am not an employee of LUMA or any similar entity. I work 100% for myself as an independent contractor. I was not covered, nor insured, under any policy that LUMA or any other party under their control can produce. I was unable to access any funds, insurance, or institutional assistance because LUMA and its representatives were not forthcoming. They did not provide:

- Any policy number

- Any claim number

- Any police report

- Any OSHA notification

  They did not provide even basic provisions of human decency in the aftermath of the incident and have been completely negligent throughout these processes.

2. Negligent Operation of the Vehicle

The driver who caused the incident—although it may not have been intentional—was operating a large Class 8 truck without having the required CDL. He was not supposed to be operating that vehicle under any circumstances. Doing so was negligent and directly caused the incident at hand.

At no time did LUMA ever provide support, benefits, protections, or provisions to me. They were never my direct employer. I was not an employee of LUMA, Elite Tech, or any other company. I remain an independent contractor and always have been.

I love this industry with everything in me, even during the lean times. Since my accident, my life has been in complete shambles, and I have had to rebuild it brick by brick, connection by connection.

I respectfully beg the Court to look at all of the facts with a truly objective eye. I ask that you hold the hammer of justice firmly in hand and allow it to be the balance it is designed to be. Please do not allow this negligent and, in my view, criminal conduct to go unaddressed or unpunished.