EXHIBIT 4



**Francisco Charles <fcharleslaw@gmail.com>**

---

## Daniel McBride v. LUMA

---

**Brown-Saenz, Daniel** <Daniel.Brown-Saenz@us.dlapiper.com>                16 de enero de 2026 a las 11:12
Para: Francisco Charles <fcharleslaw@gmail.com>
Cc: "Muniz, Mariana" <mariana.muniz@us.dlapiper.com>, "Mercado, Margarita" <Margarita.Mercado@us.dlapiper.com>

Dear Counsel,

During the month of December 2025 you made representations that the Plaintiff had requested from the Internal Revenue Service a copy of his tax returns and tax forms for the past five years. This, in response to the request that the plaintiff produce his tax returns for the stated period. As of this date, we have not received any information relating to such request, nor have we received the requested documentation. We kindly request that you provide us with the copy of the documentation or update us on its status in the next five (5) days.

Daniel

Daniel Brown Sáenz
Associate

---

T  +1 787 945 9134            **DLA Piper (Puerto Rico) LLC**
F  +1 939 731 4012            500 Calle de la Tanca, Suite 401
M  +1 787 645 3547            San Juan, PR  00901-1969
daniel.brown-saenz@us.dlapiper.com

                    dlapiper.com

[El texto citado está oculto]