Gmail

**Francisco Charles <fcharleslaw@gmail.com>**

## Re: Daniel McBride v. Luma, et. al

**Francisco Charles** <fcharleslaw@gmail.com>                                    3 de diciembre de 2025 a las 12:57
Para: "Brown-Saenz, Daniel" <Daniel.Brown-Saenz@us.dlapiper.com>, "Muniz, Mariana" <mariana.muniz@us.dlapiper.com>

Dear counsel:

Good afternoon. Please find CPA Expert Witness reports and its addendum, including Plaintiff interview, document requests and answers, and supporting documents and calculations.

Please confirm receipt.

Cordially,
--
_____
Francisco L. Charles-Gomez, Esq.
**Charles Gomez Law Office, LLC**
Oficina: (787)-523-5094, Cel. (787)-662-0178
Email: fcharleslaw@gmail.com
P.O. Box 1360,
Trujillo Alto, PR 00977

1216 Broadway
New York, NY, US 10001
(646) 960-7282

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that you are strictly prohibited from printing, storing, disseminating, distributing or copying this communication. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

**6 adjuntos**



📄 **Daniel McBride Report.pdf**
258K

📄 **Questions and Documents Request (1).pdf**
52K

📄 **Interviewed Witness.pdf**
108K

📄 **Loss of Income Calculation (1).pdf**
172K

📄 **Daniel McBride addendum to Report .pdf**
208K

**Segmento de Carpeta Lucro Cesante CPA JRS.pdf**
347K