## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DANIEL M. MC BRIDE, | CIVIL NO. 24-1554(MAJ) |
| Plaintiff | |
| v. | |
| LUMA ENERGY LLC, ET AL | PLAINTIFF DEMANDS TRIAL BY JURY |
| Defendants | |

## MOTION TO RESTRICT EXHIBIT 2
## IN DOCKET 127

TO THE HONORABLE COURT:

COMES NOW Plaintiffs, Daniel McBride, through the undersigned, and respectfully moves the Court request leave to file a restricted Exhibit 2 of a document as follows:

1.      The appearing party has filed a Motion at DKT. 127 entitled "PLAINTIFF'S MOTION TO STRIKE  DEFENDANTS' FILING FOR FAILURE TO OBTAIN LEAVE OF COURT TO EXCEED PAGE LIMIT; AND ALTERNATIVELY, IN OPPOSITION TO MOTION TO COMPEL AND/OR REQUESTING DISMISSAL OF ALL CLAIMS FOR FAILURE TO COMPLY COOPERATE WITH DISCOVERY AND COMPLY WITH COURT ORDERS" with a signed **Form 4506-T-Request for Transcript of Tax Return (Exhibit 2)** in support of that motion, that comprised plaintiff's privacy and McBride's personal and confidential information, as it includes information related to his social security and other personal information that may be used by third parties without McBride's consent.

1

2.      Plaintiff seeks to protect and maintain solely within the parties' access, all the confidential and protected information contained in **Form 4506-T-Request for Transcript of Tax Return (Exhibit 2)**.

WHEREFORE, Plaintiff prays pursuant to Standing Order No. 9 that the Court grants permission to file a Restricted Document named at Docket 127 to be viewed by Parties only.

I hereby certify that on this date, I electronically filed the foregoing with the CM/ECF system, which will send notifications of such filing to the parties of record.

In San Juan, Puerto Rico, this 4th day of March of 2026.

Charles Gomez Law Office, LLC
P.O. Box 1360
Trujillo Alto, P.R. 00977
Tel. (787)-662-0178
Fax. (787)-724-6780

*/s/ Francisco Charles Gomez*

USDC-PR-303211
fcharleslaw@gmail.com

2