**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| |
|---|
| DANIEL M. MCBRIDE<br><br>Plaintiff<br>**v.**<br><br>Defendants<br><br>LUMA ENERGY, LLC., et. al |

Civil No.  24-cv-1554 (MAJ)

Tort; Damages; Personal Injury;
Diversity;
**Trial by Jury Demanded**

**URGENT MOTION FOR CONTINUANCE OF ARGUMENTANTIVE HEARING**

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, Daniel McBride, though the undersigned Counsel, and respectfully states and prays:

1.  The Honorable Court has set an Argumentative Hearing for tomorrow 05/27/2026 (See Dkt. 137).

2.  During the last couple of weeks, including the dates of Monday, May 18, 2026, Tuesday, May 20, 2026, and even May 25, 2026 (memorial day), the undersigned has been unable to work from his office to prepare adequately for the Argumentative Hearing due to power outages that has affected the normal course of his work, to the extent that Cobian Plaza Building located at Ponce de León Avenue and surrounding local commercials has abruptly ceased operations.

3.  Not only have we been affected by the dates of the power outages but afterwards as the chillers and water utilities in the buildings need electricity, and the internet providers has lost connections disabling to some extent the remote connection to our servers.

1

4.   Furthermore, when the undersigned moved part of his documents to his home in Trujillo Alto, P.R. constant internet interruptions caused by power outages in several places also affected his work and the access to remote operation.

5.   On May 18 and 21, the undersigned has been preparing, representing, assisting and/or taking depositions in a malpractice case Civil Case 24-CV-01572-GMM.

6. Due to the reasons stated above, Plaintiff's time to adequately prepare for the Argumentative hearing has been limited, as his investigation has been interrupted and/or delayed due to unforeseen events caused by third parties, in this case LUMA.

7.   To that end, Plaintiff informs the Court that counsel for both parties are available for the following dates: June 3, 10, or 11, 2026.

8.   Postponing the hearing as requested would allow Plaintiffs to enter the hearing fully prepared considering that the above.

**WHEREFORE,** for the reasons set forth herein Plaintiff respectfully requests that the Honorable Court grant this motion and reschedule the Argumentative hearing on June 3, 10, or 11, 2026 at the time convenient for the Court.

**RESPECTFULLY SUBMITTED,**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 26thy day of May of 2026.

Charles Gomez Law Office, LLC
P.O. Box 1360
Trujillo Alto, P.R. 00977
Tel. (787)-662-0178
Fax. (787)-724-6780

s/ *Francisco Charles Gomez*
USDC-PR-303211

2

fcharleslaw@gmail.com