**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

|  |
|---|
| DANIEL M. MCBRIDE <br><br> Plaintiff <br> **v.** <br><br> Defendants <br><br> LUMA ENERGY, LLC., et. al |

Civil No.  24-cv-1554 (MAJ)

Tort; Damages; Personal Injury;
Diversity;
**Trial by Jury Demanded**

**URGENT MOTION FOR CONTINUANCE**
**OF ARGUMENTANTIVE HEARING**

TO THE HONORABLE COURT:

COMES NOW, Plaintiff, Daniel McBride, though the undersigned Counsel, and respectfully states and prays:

1.  The Honorable Court has set an Argumentative Hearing for tomorrow 05/27/2026 (See Dkt. 137).

2.  Plaintiff Daniel McBride has been preparing for the Argumentative hearing, to the point that during this weekend he will have a meeting with a tax professional regarding his taxes for the last five (5).

3.  However, he has been traveling through US regarding the job he performed. As of today, despite residing in Texas, he is working in the state of Vermont, which has limited at some point his ability to provide information that may be helpful through hearing as well as he has not been able to arrive to his home and verify documents and/or information that may be relevant to the hearing, that the undersigned may utilized.

1

4.   Furthermore, during the last couple of weeks, including the dates of Monday, May 18, 2026, Tuesday, May 20, 2026, and even May 25, 2026 (memorial day), the undersigned has been unable to work from his office to prepare adequately for the Argumentative Hearing due to power outages that has affected the normal course of his work, to the extent that Cobian Plaza Building located at Ponce de León Avenue and surrounding local commercials has abruptly ceased operations.

5.   Not only have we been affected by the dates of power outages but afterwards the chillers and water utilities in the buildings need electricity, and the internet providers has lost connections disabling to some extent the remote connection to our servers.

6.   Furthermore, when the undersigned moved part of his documents to his home in Trujillo Alto, P.R. constant internet interruptions caused by power outages in several places also affected his work and the access to remote operation.

7.   On May 18 and 21, the undersigned has been preparing, representing, assisting and/or taking depositions in a malpractice case Civil Case 24-CV-01572-GMM.

8. Due to the reasons stated above, Plaintiff's time to adequately prepare for the Argumentative hearing has been limited, as his investigation has been interrupted and/or delayed due to unforeseen events caused by third parties, in this case LUMA.

9.   To that end, Plaintiff informs the Court that counsel for both parties are available for the following dates: June 3, 10, or 11, 2026.

10. Postponing the hearing as requested would allow Plaintiffs to enter the hearing fully prepared considering the above, including Plaintiff's meeting with his tax advisor.

**WHEREFORE,** for the reasons set forth herein Plaintiff respectfully requests that the Honorable Court grant this motion and reschedule the Argumentative hearing on June 3, 10, or 11, 2026 at the time convenient for the Court.

**RESPECTFULLY SUBMITTED,**

2

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 26$^{thy}$ day of May of 2026.

Charles Gomez Law Office, LLC
P.O. Box 1360
Trujillo Alto, P.R. 00977
Tel. (787)-662-0178
Fax. (787)-724-6780

*s/ Francisco Charles Gomez*

USDC-PR-303211
fcharleslaw@gmail.com